**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| MAI TODOROV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE, LLC D/B/A QUOTE WIZARD,<br><br>Defendant. | **Case No. 3:26-CV-00580** |

## Defendant LendingTree, LLC d/b/a Quote Wizard's Motion to Compel Arbitration

Defendant LendingTree, LLC d/b/a Quote Wizard ("QuoteWizard") responds to the Complaint filed by Plaintiff Mai Todorov ("Plaintiff") by moving to compel arbitration and to stay this case pending arbitration under the Federal Arbitration Act, 9 U.S.C. §§ 3–4 (the "FAA") and Rule 12(b) of the Federal Rules of Civil Procedure.

The grounds for this motion are:

I. The arbitration agreement is governed by the FAA. *Allied-Bruce Terminix Companies, Inc. v. Dobson*, 513 U.S. 265, 282 (1995).

II. The arbitration agreement is valid and enforceable, so the Court should compel Plaintiff's claims to arbitration. *Meadows v. Cebridge Acquisition, LLC*, 132 F.4th 716 (4th Cir. 2025).

III. If challenges remain, the delegation clause in the arbitration provision of the Terms of Use requires the Court to allow an arbitrator to decide questions of arbitrability, Plaintiff's defenses, or enforcement. *Henry Schein, Inc. v. Archer and White Sales, Inc.*, 586 U.S. 63, 65 (2019).

QuoteWizard files this motion in lieu of filing an answer. *See* Fed. R. Civ. P. 12(a); *1 Foot 2 Foot Centre for Foot and Ankle Care, P.C. v. DavLong Business Solutions, LLC*, 631 F. Supp. 2d 754, 756 (E.D. Va. 2009) (explaining that defendants filed a motion to compel arbitration in lieu of filing an answer to plaintiff's complaint, and that courts treat said motions as pre-answer responsive pleadings); *Intec USA LLC v. Engle*, 2006 WL 753180, at *1 n.1 (M.D.N.C. 2006) (stating courts "traditionally … entertain[]" motions not enumerated in the Federal Rules of Civil Procedure, including motions to stay pending arbitration, as pre-answer motions).

In support of this motion, QuoteWizard files its Brief in Support and the following exhibits:

- **Exhibit 1** – Declaration of Brock Thompson
  - **Exhibit A** – Certification of Authenticity for Web Leads
  - **Exhibit B** – Screenshot of the Website's disclaimer
  - **Exhibit C** – The Subject Website's Terms of Use that were in effect at the time Plaintiff visited the Subject Website
  - **Exhibit D** – The Subject Website's Terms of Use that are presently in effect

QuoteWizard denies the validity of Plaintiff's claims. But regardless of their merit, Plaintiff must arbitrate her claims against QuoteWizard on an individual basis as required by the binding arbitration provision in the Terms of Use that Plaintiff agreed to when she inputted her information onto the subject website. Thus, QuoteWizard requests that the Court compel Plaintiff's claims to arbitration and stay this case. *Smith v. Spizzirri*, 601 U.S. 472, 475 (2024) (requiring stay of proceedings under the FAA upon request of a party).

**Nelson Mullins Riley & Scarborough LLP**

By: */s/ Matthew A. Abee*
Matthew A. Abee, N.C. Bar No. 46949
E-Mail: matt.abee@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, South Carolina 29201
(803) 799-2000

September 21, 2026

*Attorneys for Defendant LendingTree, LLC d/b/a Quote Wizard*

[*Certifications to Follow.*]

**Rule 7.1 Certification**

Undersigned counsel hereby certifies, under L. Civ. R. 7.1(b) (W.D.N.C.), that Defendant LendingTree, LLC d/b/a Quote Wizard has in good faith conferred with counsel for Plaintiff before filing this Motion. Plaintiff opposes the motion.

**Artificial Intelligence Certification**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting *pro se*) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

**Certificate of Service**

I certify that on the date set forth below, I electronically filed the foregoing with the Clerk of Court and all counsel of record using the CM/ECF system.

By: */s/ Matthew A. Abee*
Matthew A. Abee, N.C. Bar No. 46949

September 21, 2026

*Attorneys for Defendant LendingTree, LLC d/b/a Quote Wizard*