# <u>**Exhibit 1**</u>

Declaration of Brock Thompson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| MAI TODOROV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE, LLC D/B/A QUOTE WIZARD,<br><br>Defendant. | **Case No. 3:26-CV-00580** |

**DECLARATION OF BROCK THOMPSON IN SUPPORT OF DEFENDANT LENDINGTREE, LLC D/B/A QUOTE WIZARD'S MOTION TO COMPEL ARBITRATION**

I, Brock Thompson, affirm:

1. I am over the age of eighteen (18) years. I submit this declaration in support of the Motion to Compel Arbitration filed by Defendant LendingTree, LLC d/b/a Quote Wizard ("QuoteWizard"). The matters set forth below are based upon my personal knowledge and, if called to testify as a witness, I could and would competently testify thereto.

2. I am a Senior Vice President with QuoteWizard.

3. QuoteWizard.com, LLC is a wholly owned subsidiary of LendingTree, LLC. QuoteWizard is a lead generation company that assists customers across the country in finding insurance products.

4. On April 4, 2026, Plaintiff Mai Todorov ("Plaintiff") submitted a request to receive auto and home insurance quotes on the website https://compare-cheap-insurance-quotes.com/form/ (the "Website"). The phone number submitted by Plaintiff was (773) 315-5546. *See* Certificate of Authenticity for Web Leads, attached hereto as **Exhibit A**.

5. The Website asks users a series of questions in order to assist users with finding insurance quotes. Questions asked include the user's name, address, email address, zip code, gender, marital status, credit score, education status, homeowner status, birthdate, and military status.

6. A user clicks either the "Get My Auto & Home Quotes" or the "Get My Auto Quotes Only" button on the Website to submit their information to QuoteWizard.

7. When Plaintiff utilized the Website, immediately below the "Get My Auto & Home Quotes" and the "Get My Auto Quotes Only" buttons was the following disclaimer: "By clicking 'Get My Auto & Home Quotes' or 'Get My Auto Quotes Only', I provide my express written consent to receive calls and text messages, including for marketing purposes, from QuoteWizard, companies in QuoteWizard's network or their affiliates, and any party calling or texting on their behalf at the phone number provided by me, including calls and texts made using automated means such as automatic telephone dialing systems, autodialers, selection systems, robocalls, and prerecorded or artificial voice recordings, even if my number is listed on any company-specific, state, or federal Do-Not-Call list. I understand such calls and texts may

transmit insurance quotes or seek additional insurance-related information from me...." *See* Ex. A; **Exhibit B**, Screenshot of the Website's disclaimer.

8. The disclaimer further states "By clicking 'Get My Auto & Home Quotes' or 'Get My Auto Quotes Only', I am also acknowledging that I have read, understand, and agree to this website's Privacy Policy and Terms of Use…." *See* Ex. A; Ex. B.

9. The Website's "Terms of Use" and "Privacy Policy" were both separate from the rest of the text in a blue font, and the words "The Terms of Use" and "Privacy Policy" were active hyperlinks to the full text of the Website's Privacy Policy and Terms of Use policy.

10. A true and accurate copy of the Website's Terms of Use that were in effect at the time Plaintiff visited the Website are attached hereto as **Exhibit C**. The Terms of Use were amended in August 2026, and a copy of the amended and current Terms of Use are attached hereto as **Exhibit D**.

11. At the time that Plaintiff visited the Website (and presently), the Terms of Use contained a mandatory arbitration provision, requiring that disputes against QuoteWizard be resolved through binding arbitration administered by JAMS under its applicable rules and on an individual basis (rather than class-wide) basis. *See* Ex. C; Ex. D.

12. As part of QuoteWizard's record keeping, QuoteWizard utilizes ActiveProspect's TrustedForm.com to store the recorded session replay of a user's activity on the Website, both to store the consent language generated after a user

clicks the "Get My Auto & Home Quotes" or the "Get My Auto Quotes Only" buttons and to store the date and time that a website user visited the Website.

13. The session replay of Plaintiff's visit to the Website indicates that after filling out her name, phone number, providing an address based in Chicago, Illinois, and providing her email address, among other information, Plaintiff clicked on the "Get My Auto Quotes Only" button. By clicking on the "Get My Auto Quotes Only" button, Plaintiff agreed to be bound by the Website's Terms of Use.[1]

Under 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing it true and correct.

Executed on 09/11/2026.

Brock Thompson
Brock Thompson (Sep 11, 2026 14:38:57 EDT)

Brock Thompson

---

[1] The TrustedForm Certificate of Authenticity and the video replay of Plaintiff's visit to the Website is available here: https://cert.trustedform.com/140e6fc8a2395adb9c49e2d51e91819d164e0ac3/assets/?shared_token=UmlzNVNsbERjWFJXVmt0SlVUZDFWRkkwUTJsQ1VEaFZNRGh3VFRKTlJ6aHBRMEV3ZFZGNlQweHBWRGhIVFN0TlZ6bFRMMFZZYTA5aGQwMVdUWFJVZWpGclFVWnNWVTl0ZVZObFkxbzVZekJQV1c5RWJYVnhNVGxDVjFkeVNIZ3djVE5RTkZaSVQwczRRVGc5TFMxMlRHSm5OVEprUzI5UmFFcFFZamxyUTA5RFNWQlJQVDA9LS1lNjkwMjMwYTgyOTIxYWExYzNiNzU2YjRkOTYxYjdiMzU2NDgxYzNl#session_replay

# EXHIBIT A

Certificate of Authenticity for Web Leads Share Retained

Certificate | Session Replay | Event Log | History

# Certificate of Authenticity for Web Leads

Certificate ID: 140e6fc8a2395adb9c49e2d51
e91819d164e0ac3

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | April 4, 2026 |
| Visit time: | 6:23:33 PM EDT |
| Time on page: | 2 minutes, 14 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://compare-cheap-insurance-quotes.com/form/ |

## Who visited?

| | |
|---|---|
| Remote IP Address: | 12.74.213.82 |

Operating System: Android 10

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

View Session Replay

## Consent Language Detected

By clicking "Get My Auto & Home Quotes" or "Get My Auto Quotes Only", I provide my express written consent to receive calls and text messages, including for marketing purposes, from QuoteWizard, companies in QuoteWizard's network or their affiliates , and any party calling or texting on their behalf at the phone number provided by me, including calls and texts made using automated means such as automatic telephone dialing systems, autodialers, selection systems, robocalls, and prerecorded or artificial voice recordings, even if my number is listed on any company-specific, state, or federal Do-Not-Call list. I understand such calls and texts may transmit insurance quotes or seek additional insurance-related information from me. Message and data rates may apply. I understand that consent is not a condition of any purchase and that I may revoke my consent at any time.By clicking "Get My Auto & Home Quotes" or "Get My Auto Quotes Only", I am also acknowledging that I have read, understand, and agree to this website's Privacy Policy and Terms of Use , and I am directing this website to share my information with providers in its network for the purpose of providing me with information about their financial services and products.As part of the quoting process, providers will be confirming information based on claims reports and your credit-based insurance score. This will help provide you with the best quote possible. This information may be used to provide you with a quote for another insurance policy, if requested.

Show Less

© Copyright 2010-2025 ActiveProspect, Inc. All rights reserved.

# <u>EXHIBIT B</u>

Get My Auto & Home Quotes

Get My Auto Quotes Only

By clicking "Get My Auto & Home Quotes" or "Get My Auto Quotes Only", I provide my express written consent to receive calls and text messages, including for marketing purposes, from QuoteWizard, companies in QuoteWizard's network or their affiliates , and any party calling or texting on their behalf at the phone number provided by me, including calls and texts made using automated means such as automatic telephone dialing systems, autodialers, selection systems, robocalls, and prerecorded or artificial voice recordings, even if my number is listed on any company-specific, state, or federal Do-Not-Call list. I understand such calls and texts may transmit insurance quotes or seek additional insurance-related information from me. Message and data rates may apply. I understand that consent is not a condition of any purchase and that I may revoke my consent at any time.

By clicking "Get My Auto & Home Quotes" or "Get My Auto Quotes Only", I am also acknowledging that I have read, understand, and agree to this website's Privacy Policy and Terms of Use , and I am directing this website to share my information with providers in its network for the purpose of providing me with information about their financial services and products.

As part of the quoting process, providers will be confirming information based on claims reports and your credit-based insurance score. This will help provide you with the best quote possible. This information may be used to provide you with a quote for another insurance policy, if requested.

# EXHIBIT C

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570



# Terms of Use Agreement

Last Updated: April 14, 2025

**Terms of Use Agreement**

THIS TERMS OF USE AGREEMENT INCLUDES AN ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND A CLASS ACTION WAIVER THAT AFFECT YOUR RIGHTS. PLEASE SEE THE DISPUTE RESOLUTION SECTION FOR MORE INFORMATION.

You are visiting a website owned by LendingTree, LLC. This Terms of Use Agreement ("Agreement") applies to all websites owned or operated by LendingTree, LLC, and its affiliates and subsidiaries ("Websites" or each individually "Website") on which this Agreement or a link thereto is displayed. This Agreement also applies to your use of any goods, facilities, or services offered through the Websites (collectively "Services"), regardless of where or how they are accessed, including but not limited to via a desktop computer or mobile device. It is important that you read the entire Agreement carefully as some provisions affect your legal rights. The Agreement includes an agreement to resolve any disputes between you and us through binding arbitration, a class action waiver, as well as other important disclaimers, warranties, and limitations on liability.

By accessing, browsing, or using the Websites, you acknowledge that you have read, fully understand, and agree to the terms of this Agreement, as well as our Privacy Policy, which is incorporated into this Agreement by reference, as well as any other policy, agreement, or terms incorporated into this Agreement by reference as outlined below.

For purposes of this Agreement:

- "You" or "your" means the person(s) using the Websites and/or Services, and any person(s) for whom such person(s) are acting as an agent with respect to the Websites and/or Services.
- "LendingTree," "us," "our," or "we" includes LendingTree, LLC, and any of its affiliates or subsidiaries.
- "Provider(s)" includes, but may not be limited to, banks, lenders, financial institutions, insurers, service providers, real estate companies, dealers, agents, brokers, and other entities that partner with LendingTree and offer, solicit, arrange, or broker products or services through the Websites.
- "Qualification Form" refers to your request to be matched with one or more Providers of any of the

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

products and services that you may be inquiring into through LendingTree's Websites.

We reserve the right, at our sole discretion, to change or modify the Websites or this Agreement (or any portion thereof) at any time. Such changes and modifications become effective immediately upon posting on the Websites. You agree to review this Agreement for any such change upon your use of the Websites and that your continued use of the Websites or Services constitutes your acceptance of such changes and modifications. The Websites and Services are intended for individuals at least 18 years old and accessing the internet from a physical location within the United States. By using or accessing the Websites or Services, you acknowledge that you are at least 18 years old and accessing the internet from a physical location within the United States.

Some Services are subject to additional terms and conditions we make available to you in connection with the same, which may include usage policies and eligibility requirements, such as certain age or geographic restrictions (collectively, "Additional Terms"). By using our Services, you agree to and are bound by any such Additional Terms, and such Additional Terms are incorporated herein and made a part hereof by this reference. To the extent any Additional Terms conflict with this Agreement, the Additional Terms shall control for that specific instance of conflict.

***Privacy Policy***

Our Privacy Policy, incorporated into this Agreement by reference, explains how we use, disclose, and protect your information as part of our Services and technology platforms. If you are a California, Oregon, or Minnesota resident, our State Law Privacy Notice, which supplements our Privacy Policy and is incorporated into this Agreement by reference, also applies to your use of our Websites and Services.

As outlined in our Privacy Policy, by providing us with personal information as part of your use of our Websites or Services, you agree that we may retain all such information for the purposes and uses listed and that we may share your information with certain affiliates, non-affiliates, and other third parties. You acknowledge that certain state and federal laws may require us to securely store and maintain information you provide and that such information may not be able to be deleted, removed, purged, or destroyed until the expiration of certain prescribed retention periods or at all.

As a licensed entity, LendingTree is periodically examined by government regulators and as such is required to maintain certain personal information to adhere to and demonstrate compliance with certain laws and regulations. After you are matched with a Provider, your information may also be obtained from Providers to adhere to and demonstrate compliance with various regulatory reporting and record retention requirements. You authorize LendingTree and its participating Providers to share such information as required. To the extent permitted by applicable law, you also agree and acknowledge that Providers may be required to share information you submit to them with LendingTree in order to adhere to applicable laws, and Providers and

LendingTree may maintain and share information provided by you and about you by third parties for internal marketing and analytics.

***Consumer Information Security Policy***

Our Consumer Information Security Policy, incorporated into this Agreement by reference, explains measures we take to protect your information and describes ways we implement those measures for different types of information you may provide to us.

***Electronic Communications/Notices and Information Delivered Electronically***

Our Consent Agreement for Electronic Disclosures and Communications, incorporated into this Agreement by reference, explains your agreement to receive all current and future notices, disclosures, and other communications electronically, and to do business with us and our Providers electronically.

***Ownership Rights***

All text, graphics, photographs, videos, sound, trademarks, logos, artwork, interfaces, data, and computer code, including but not limited to the design, coordination, "look and feel," and arrangement of elements contained on the Websites (collectively "Content") is owned or licensed by or to LendingTree. The Content is protected by trademark, copyright, and patent laws, and other intellectual property rights and unfair competition laws. Except as expressly stated herein, no part of the Websites, Content, or Services may be copied, reproduced, republished, uploaded, posted, publicly displayed, encoded, aggregated, indexed, transmitted, distributed, or otherwise exploited in any way, including through the use of framing, scraping, webcrawlers, spidering, or any other automated means, or for any commercial purpose or enterprise, without LendingTree's prior express written permission. Nothing on the Websites or Services should be construed as granting any license or right to use any Content. LendingTree reserves any and all rights in and to Websites, Content, and Services not expressly granted to you under this Agreement. You further agree to abide by any and all exclusionary protocols (e.g., Robot.txt, Automated Content Access Protocol (ACAP), etc.) that may be used in connection with the Websites, Content, or Services.

***Code of Content***

You are solely responsible for your conduct in connection with the Services.

You must not:

1. Alter, delete, or conceal any copyright, trademark, service mark, or other notice contained on the Websites, Content, and/or Services, and/or modify, reverse engineer, decompile, or disassemble any part

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

of the same, whether in whole or in part, or create any derivative works from any part of the Websites, Content, and/or Services, or encourage, assist, or authorize any third party in doing so;

2. Engage in or encourage conduct that (1) would violate any applicable law or violate or infringe upon any intellectual property, proprietary, privacy, moral, publicity, or other rights of ours or of any other third party; (2) affects adversely or reflects negatively on LendingTree, its affiliates, the Websites, Content, Services, our goodwill, name, or reputation or causes duress, distress, or discomfort to us or anyone else; and/or (3) discourages any person or entity from using all or any portion, features, or functions of the Websites, Content, or Services, or from advertising, linking, or becoming a Provider to us;

3. modify, disrupt, impair, alter, or interfere with the use, features, function, operation, or maintenance of the Websites, Content, or Services or the rights, use, or enjoyment of the same by any other user;

4. impersonate any person or entity or falsely state or otherwise represent your affiliation with a person or entity;

5. solicit passwords or personally identifiable information for commercial or unlawful purposes from other users of the Websites, Content, or Services;

6. access or use the Websites, Content, or Services or any element(s) thereof, in whole or in part, (1) to train any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms (whether via the development or modification of a dataset, scraping, or reproducing content or data (or any caches or archives thereof), feature extraction methodologies or otherwise); or (2) in connection or combination with any data, information, content, and/or materials generated or developed by, with, or resulting from the use of any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms, in each case, without the express, prior written consent of LendingTree (which may be withheld in LendingTree's sole and absolute discretion);

7. engage in spamming, flooding, or harvesting of email addresses or other personal information; and/or

8. engage in or facilitate "spidering," "screen scraping," "phishing," "database scraping," "web site crawling," "indexing," "data extraction," or any other similar activity on, through, or in connection with the Websites, Content, or Services for any purpose.

***Ratings and Reviews and User-Generated Content***

The terms of our Ratings & Reviews and User-Generated Content policy, incorporated into this Agreement by reference, outlines the terms that govern your conduct associated with any user-generated content posted to any Website or LendingTree-owned social media property and LendingTree's customer ratings and reviews service.

***Copyright Violations***

If you believe the Content infringes your copyrights or applicable law, please contact us at Legal@lendingtree.com with the following information:

- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located;
- your email address or other contact information that is sufficient for us to contact you;
- a statement by you that you in good faith believe that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you that the above information in your notice is accurate and that you are the copyright owner or authorized to act on behalf of the owner.

***Chatbots***

We may use a chatbot on certain Websites to help provide customer service and support, including through the use of a virtual assistant ("Chatbot"). The Chatbot is designed to work without the assistance of a human operator. It responds to questions posed to it in natural language using a combination of pre-programmed scripts, machine learning, and generative artificial intelligence ("AI"). When asked a question, the Chatbot will answer using the knowledge database that is currently available to it. If the conversation introduces a concept the chatbot is not programmed to understand, it will advise of its limitations. The Chabot functionality is limited to LendingTree customer service and support inquiries. By using the Chatbot, you agree that (1) your use of the Chatbot will be limited to LendingTree customer service and support inquiries, and (2) we may use transcripts of your interactions with the Chatbot and the information you provide to the Chabot for quality control, customer service, fraud prevention, and security.

You shall at all times exercise reasonable care in using the Chatbot, and shall use the Chatbot in strict accordance with (1) this Agreement, our Privacy Policy, the Ratings & Reviews and User-Generated Content policy, and any other applicable Additional Terms; (2) any usage policies made available by LendingTree, including those set forth under the Code of Conduct above; and (3) all applicable laws, rules, and regulations. You are responsible for the information you share with the Chatbot, and should not input sensitive or personal information, such as financial or account details or other confidential information. By using the Chatbot, you agree not to input such sensitive or confidential information.

By using the Chatbot, you acknowledge that you are interacting with AI. We continually work to improve the Chatbot to make it more accurate, reliable, safe, and beneficial, but given the probabilistic nature of machine learning and AI, use of the Chatbot may generate or result in inappropriate, inaccurate, or unreliable responses. You are solely responsible for evaluating any information, content, responses, or other output generated by or through the Chatbot (collectively, "Output") and the accuracy thereof, including through independent human review of such Output. Without limiting the generality of the terms under Disclaimers and Liability below, we cannot and do not represent, warrant, or guarantee the accuracy, reliability, or

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

suitability of any Output. You acknowledge and agree that LendingTree and the LendingTree Parties (as defined below) shall not be liable for any loss or damage caused by or resulting from your reliance on any Output or the content of your communications with the Chatbot. To the extent any Output contains information on any specific product, service, or partner, you acknowledge and understand that the Websites and Services (and as a result, the Chatbot) do not include all products, services, offers, issuers, or credit or service providers available in the marketplace. Additionally, products, services, and offers that may appear in any Output may be from companies from whom LendingTree receives compensation. Your use of the Chatbot constitutes your awareness and acknowledge of this compensation and the limitation of products, services, and offers displayed or presented on or via the Websites or Services. If you have any inquiries regarding your interaction with the Chatbot or any Output, please reach out to us at privacy@lendingtree.com.

***Links to Third Party Websites***

The Websites may contain links to websites maintained by non-affiliated third parties ("Third Party Sites"). Links to Third Party Sites are provided for your convenience and reference only. We do not operate or control in any respect any content, information, software, products, or services available on any Third Party Sites. Our inclusion of a link or reference to a Third Party Site does not constitute any endorsement or recommendation of the services or content available on the Third Party Site or any third party that is referenced on, owns, or operates the Third Party Site. Your use of any Third Party Site may be subject to other terms and conditions imposed by the third party maintaining that Third Party Site. When you leave the Websites, you agree that LendingTree is not responsible for the services, content, or information provided on the Third Party Site, including but not limited to its quality, accuracy, reliability, availability, or suitability. Nor is LendingTree responsible for any direct or indirect technical or system issue that may arise out of or relate in any way to your use of or access to third-party technologies or programs available through a Third Party Site.

***Widgets***

Generally, widgets are tools that may be placed on websites that allow website visitors to access and view content on or from another website. Widgets published by LendingTree ("Widgets") provide access to the Websites, Content, and Services from points outside the Websites. Widgets may be placed on third-party websites, including blogs and social media pages, and other similar platforms (to the extent permitted by such websites or platforms). LendingTree prohibits the placement of Widgets on websites, platforms, or devices that contain content that is sexual, violent, offensive, discriminatory, misleading, deceptive, or illegal in nature or that in any way promotes or encourages hatred, violence, discrimination, or illegal activities, or is otherwise inappropriate as determined by LendingTree in its sole discretion. You agree to use Widgets in a manner consistent with all applicable laws and solely for lawful purposes. You agree not to use Widgets for

any other purpose, and nothing in this Agreement shall be deemed to grant you any right, title, or interest in the Widgets, Websites, Content, Services, or LendingTree. LendingTree reserves the right to remove or demand the removal of any Widget and/or revoke your right to use any Widget, for any reason and for any amount of time.

By accessing and using any Widget (including copying any Widget html code), you agree to the following:

1. You may only display the Widget on a website you own and operate and not in any other manner or in any other medium.
2. You may not modify any Widget. Without limitation, you may not change any code provided by LendingTree, obscure or disable any element of any Widget, tag links to LendingTree from the Widget with a “nofollow” attribute, or otherwise prevent or discourage search engines from following or scoring link.
3. Except for displaying the Widget, you agree not to make any representations, warranties (express or implied), or other statements concerning LendingTree or the Websites, Content, Services, or Providers.
4. You may not display any Widget in any manner that implies affiliation with, or sponsorship or endorsement by, LendingTree.
5. You must place the Widget on a page that is context-appropriate to the content of the Widget, and any reference to LendingTree or its products and services must be accurate. For example, you may place a Widget on a webpage that contains discussion of personal finance, mortgages, or residential real estate.
6. You may not place a Widget on any site that:
    a. contains content that is in any way unlawful, harmful, obscene, offensive, harassing, hateful, discriminatory, or otherwise objectionable in LendingTree’s sole discretion;
    b. disparages LendingTree; the Websites, Content, or Services; or Providers or their products or services;
    c. infringes any LendingTree intellectual property or other rights; or
    d. violates any applicable law.
7. You may not use data collected or otherwise obtained through Widgets, Websites, Content, or Services, whether directly or indirectly, for any unauthorized purpose, including but not limited to training any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms (whether via the development or modification of a dataset, scraping, or reproducing content or data (or any caches or archives thereof), feature extraction methodologies or otherwise).
8. LendingTree grants you a limited, non-transferable, non-assignable, non-exclusive, revocable right to (1) download and/or display a Widget solely in accordance with the terms of this Agreement; and (2) solely in connection with a Widget, display our logos, trademarks, trade names, and other content as displayed through the Widget. This Agreement does not grant you any right in any LendingTree code, content, logo,

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

or trademark beyond the limited permission to display a Widget granted herein. In its sole discretion, LendingTree reserves the right at any time to change or modify Widgets or terminate or modify your permission to download or display Widgets. We may cease to return content from a Widget at any time in our sole discretion.

9. You acknowledge and agree that LendingTree may crawl or otherwise monitor your website or utilize any other methods to detect and address unauthorized or improper use of Widgets, Websites, Content, or Services in order to verify compliance with this Agreement.
10. Widgets and any information, software, and related services are provided “as is” and “as available” with no warranty of any kind. LendingTree expressly disclaims any warranties that may be expressed or implied by law regarding any Widget, including warranties of accuracy or non-infringement. Use of Widgets is at your own risk. LendingTree is not liable for any direct, indirect, punitive, incidental, special, or consequential damages or other injury arising out of or in any way connected with the use of any Widget, whether resulting in whole or in part from breach of contract, tortious behavior, negligence, strict liability, or otherwise.
11. LendingTree reserves the right to modify this Agreement in its sole discretion at any time without notice. You are responsible for regularly reviewing this Agreement, and your continued use of any Widget after the effective date of such changes constitutes your acceptance of, and agreement to, any such changes.

***Disclaimers and Liability***

THE WEBSITES, CONTENT, AND SERVICES ARE PROVIDED FOR USE “AS IS” AND “AS AVAILABLE” WITHOUT ANY WARRANTY OR CONDITION OF ANY KIND. LENDINGTREE DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND, WHETHER STATUTORY, EXPRESS, OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY, ACCURACY, TITLE AND NON-INFRINGEMENT, AND ANY WARRANTY ARISING OUT OF COURSE OF DEALING, USAGE, OR TRADE. LENDINGTREE DOES NOT WARRANT OR REPRESENT THAT THE WEBSITES, CONTENT, OR SERVICES WILL PROVIDE SPECIFIC RESULTS OR BE COMPLETE, ACCURATE, RELIABLE, SUITABLE, ERROR-FREE, AVAILABLE, OR UNINTERRUPTED FOR ANY PURPOSE. YOU AGREE THAT LENDINGTREE IS NOT RESPONSIBLE FOR ANY ERRORS OR DELAYS IN THE COMPLETION OR TRANSMISSION OF A REQUEST FOR A FINANCIAL PRODUCT OR SERVICE, INCLUDING BUT NOT LIMITED TO SUCH ERRORS OR DELAYS CAUSED BY INCORRECT INFORMATION PROVIDED BY YOU OR TECHNICAL PROBLEMS BEYOND OUR REASONABLE CONTROL. LENDINGTREE EXPRESSLY DISCLAIMS ANY LIABILITY FOR ANY ERRORS OR OMISSIONS IN OUR CONTENT OR SERVICES, INCLUDING THE ACCURACY OR COMPLETENESS OF ANY SUCH CREDIT SCORES, CREDIT-RELATED INFORMATION, CREDIT OFFERS, OR OTHER INFORMATION, TOOLS, OR ANALYSES AVAILABLE THROUGH OUR WEBSITES. ADDITIONALLY, THE REFERENCE, INCLUSION, OR OFFERING OF ANY PRODUCTS OR SERVICES ON THE WEBSITES DOES NOT CONSTITUTE ANY ENDORSEMENT OR RECOMMENDATION OF SUCH PRODUCTS OR SERVICES

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

BY LENDINGTREE. ANY RELIANCE YOU PLACE ON THE WEBSITES, CONTENT, OR SERVICES IS STRICTLY AT YOUR OWN DISCRETION AND RISK. UNDER NO CIRCUMSTANCES WILL LENDINGTREE BE LIABLE FOR ANY DAMAGES WHATSOEVER ARISING OUT OF YOUR RELIANCE ON OR USE OF (1) ANY ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM OR THROUGH US; OR (2) THE WEBSITES, CONTENT, SERVICES, OR OTHER ITEMS OR INFORMATION LOCATED ON OR ACCESSIBLE VIA THE WEBSITES. YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY, INCLUDING BUT NOT LIMITED TO, ANY COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH OUR SERVICES, OR THE LOSS OF DATA THAT MAY RESULT FROM THE USE OF OUR SERVICES OR THE USE OF ANY CONTENT AVAILABLE THROUGH OUR SERVICES.

SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION AND LIMITATION OF CERTAIN WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR JURISDICTION TO JURISDICTION. THE DISCLAIMERS AND EXCLUSIONS UNDER THIS AGREEMENT WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

***Indemnity***

You agree to defend (if requested by any LendingTree Party, as defined below), indemnify, and hold harmless LendingTree and its officers, directors, shareholders, predecessors, successors-in-interest, licensors, employees, agents, representatives, subsidiaries, and affiliates (“LendingTree Parties”), from and against any and all claims, losses, liabilities, expenses (including attorneys’ fees and costs), demands, and damages incurred by a LendingTree Party in connection with any claim by a third party arising out of or relating to: (1) your use of the Websites or Services; (2) your violation or alleged violation of the Agreement; (3) your violation or alleged violation of any applicable law; (4) your infringement or alleged infringement of any intellectual property or other right of any other person or entity; or (5) any dispute between you and a third party. You agree not to settle any such claim or matter without LendingTree’s prior written consent. The LendingTree Parties reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by you, and you further agree that you will cooperate fully in the defense of any such claims.

***Limitation on Liability***

LENDINGTREE’S LIABILITY, IF ANY, SHALL BE LIMITED TO DIRECT AND FORESEEABLE DAMAGES, WHICH SHALL NOT EXCEED THE AMOUNT PROVIDED BELOW. UNDER NO CIRCUMSTANCES SHALL LENDINGTREE BE LIABLE TO YOU OR ANY THIRD PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES (SUCH AS, BUT NOT LIMITED TO,

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

LOSS OF REVENUE, LOSS OF ANTICIPATED PROFITS, LOSS OF BUSINESS, LOSS OF OR DAMAGE TO DATA, LOSS OF USE, LOSS OF GOODWILL, BUSINESS INTERRUPTION, EMOTIONAL DISTRESS, OR ANY OTHER INTANGIBLE LOSSES) ARISING OUT OF OR RELATING IN ANY WAY TO OUR WEBSITES, CONTENT, OR SERVICES. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT OR AS REQUIRED BY APPLICABLE LAW, IN NO EVENT SHALL LENDINGTREE'S TOTAL LIABILITY EXCEED IN THE AGGREGATE ONE HUNDRED U.S. DOLLARS ($100.00). THESE LIMITATIONS AND EXCLUSIONS APPLY EVEN IF THIS REMEDY DOES NOT FULLY COMPENSATE YOU OR ANY THIRD PARTY FOR ANY LOSSES. THESE LIMITATIONS AND EXCLUSIONS APPLY TO ANY CLAIMS RELATED TO THIS AGREEMENT OR TO THE SERVICES TO THE MAXIMUM EXTENT PERMITTED BY LAW.

THE LIMITATIONS IN THIS SECTION DO NOT PURPORT TO LIMIT LIABILITY OR ALTER YOUR RIGHTS AS A CONSUMER THAT CANNOT BE EXCLUDED UNDER APPLICABLE LAW. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF OR THE LIMITATION OF CERTAIN LIABILITIES SUCH AS FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, LENDINGTREE'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR JURISDICTION TO JURISDICTION. THIS PROVISION SHALL HAVE NO EFFECT ON ANY CHOICE OF LAW PROVISIONS SET FORTH IN THIS AGREEMENT.

***Dispute Resolution (Including Arbitration Agreement; Class Action Waiver; Jury Trial Waiver)***

PLEASE READ THIS DISPUTE RESOLUTION SECTION CAREFULLY. IT CONTAINS AN ARBITRATION AGREEMENT. THIS SECTION MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. THIS SECTION ALSO CONTAINS PROCEDURES FOR FINAL BINDING INDIVIDUAL ARBITRATION AND A WAIVER OF ANY AND ALL RIGHTS TO FILE OR PARTICIPATE IN A CLASS, COLLECTIVE, CONSOLIDATED, PRIVATE ATTORNEY GENERAL, OR REPRESENTATIVE ACTION SUBJECT TO THE LIMITED EXCLUSION BELOW.

THIS DISPUTE RESOLUTION SECTION ALSO ADDRESSES THAT YOU AND LENDINGTREE ARE GIVING UP THE RIGHT TO HAVE A JURY TRIAL TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY, AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

**Application to Providers**: As used in this Dispute Resolution section, "LendingTree" further includes any Providers that may contact you in connection with your use of the Websites, Widgets, or Services. For the avoidance of doubt, you acknowledge and agree that Providers are intended third-party beneficiaries of this Agreement, and, upon your acceptance of the Agreement, such Providers will have the right to enforce the terms of this Dispute Resolution section against you as intended third-party beneficiaries thereof.

**Arbitration Agreement**: If unable to work out a solution amicably, both you and LendingTree agree to resolve through final and binding individual arbitration, except as otherwise provided in this Dispute Resolution section, any dispute, claim, or controversy (each, a "Dispute") arising at any time (including before the effective date of this Agreement), in any way arising out of or relating to: (i) this Agreement and prior versions of this Agreement, including the formation, existence, breach, termination, enforcement, interpretation, validity, scope, or enforceability thereof; (ii) the Websites, Widgets, and Services, including access to the Websites, Widgets, and Services, use of the Websites, Widgets, and Services, receipt of any advertising or marketing communications, and/or any content contained on the Websites or Widgets; (iii) any other aspect of your relationship or transactions with LendingTree as a consumer, except that, as to Providers, this part (iii) is limited to your interactions as a consumer with Providers arising out of your use of the Websites, Widgets, and Services, including but not limited to any text message, telephone call, or other communication you receive from or on behalf of any Provider. You agree that any dispute regarding the enforceability, applicability, or interpretation of any provision of this Agreement, including the provisions regarding dispute resolution and arbitration, is a Dispute subject to the arbitration provisions herein and shall be resolved by an arbitrator. This Agreement and this Arbitration Agreement do not prevent you from bringing your Dispute to the attention of any federal, state, or local government agency.

Notwithstanding this mandatory Arbitration Agreement, you and LendingTree each retain the right: (a) to assert claims in small claims court, so long as the claims qualify for small claims and the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (b) to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement of a party's intellectual property rights. If a claim qualifies for small claims court but a party commences an arbitration proceeding, you and LendingTree agree that either party may elect instead to have the claim resolved in small claims court, and upon written notice of a party's election, the arbitration proceeding will be administratively closed. Any dispute about whether a claim qualifies for small claims court shall be resolved by that court, not by an arbitrator.

**Opt-out of Mandatory Arbitration**: You can reject and opt-out of this Arbitration Agreement within 30 days of first accepting this Agreement by emailing LendingTree at legal@lendingtree.com with your first and last name and the email address associated with your account and stating your intent to opt-out of the Arbitration Agreement. Note that opting out of this Arbitration Agreement does not affect any other part of this Agreement, including the provisions regarding controlling law or in which courts any disputes must be brought.

**Overview of Dispute Resolution Process**: This Dispute Resolution section provides for a two-part process for dispute resolution: (1) an informal dispute resolution process directly with LendingTree (described in the Mandatory Informal Dispute Resolution section below); and, if necessary, (2) binding arbitration

administered by JAMS. Notwithstanding these provisions, you and LendingTree each retain the right to seek resolution of Disputes in small claims court as an alternative to arbitration.

**Mandatory Informal Dispute Resolution**: You and LendingTree agree that good-faith informal efforts to resolve Disputes often can result in a prompt, low-cost and mutually beneficial outcome. Therefore, before initiating arbitration proceedings, you and LendingTree agree to first engage in a good faith effort to resolve informally any such Dispute.

The party initiating the Dispute must first send a written notice to the other party providing a detailed description of the Dispute, including at least the following information: (1) the initiating party's name and contact information (address, telephone number, and email address); (2) the email address associated with your account (if applicable); (3) sufficient information to enable you or LendingTree to identify any transaction at issue; (4) the nature and basis of the Dispute; and (5) the nature and basis of the relief sought (including a calculation of any damages). Your notice must be personally signed by you. LendingTree's notice must be personally signed by a LendingTree representative.

Your notice must be sent to 2626 Glenwood Ave., Ste. 550, Raleigh, NC 27608. LendingTree's notice must be sent to the physical address associated with your LendingTree account or your most recent use of LendingTree's services if you do not have an active LendingTree account.

The initiating party must allow the other party 60 days to respond and attempt to resolve the Dispute amicably before initiating an arbitration or other proceeding per the terms set forth below.

For a period of 60 days from the date of receipt of a completed notice from the other party, the parties will work together using reasonable efforts to try to resolve the Dispute. If requested by LendingTree in connection with a notice initiated by you, you agree to personally participate in an individualized, telephone dispute resolution conference (and if you are represented by counsel, your counsel may also participate) in a good faith effort to resolve informally the Dispute. If requested by you in connection with a notice initiated by LendingTree, LendingTree agrees to have a LendingTree representative personally participate in an individualized, telephone dispute resolution conference (and if LendingTree is represented by counsel, LendingTree's counsel may also participate) in a good faith effort to resolve informally the Dispute. If the Dispute is not resolved within this 60-day period (which can be extended by agreement of the parties), you or LendingTree may commence arbitration consistent with the process set forth below. **Compliance with this informal dispute resolution process is mandatory and a condition precedent to initiating arbitration, and the arbitrator shall dismiss any arbitration demand filed before completion of this informal dispute resolution process. Any applicable limitations period (including statutes of limitations) and filing fee deadlines shall be tolled while the parties engage in this informal dispute resolution process.**

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

If the sufficiency of a notice or compliance with this informal dispute resolution process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and any arbitration shall be stayed pending resolution of the issue. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of a demand for arbitration or the assessment or payment of arbitration fees. You or LendingTree may also elect to raise non-compliance with this informal dispute resolution process and seek relief in arbitration.

**Initiating Arbitration**: In order to initiate arbitration following the conclusion of the informal dispute resolution process required by this Dispute Resolution section, a party must provide the other party with a written demand for arbitration and file the demand with JAMS. A party initiating an arbitration against LendingTree must send the written demand for arbitration to 2626 Glenwood Ave., Ste. 550, Raleigh, NC 27608. For LendingTree to initiate arbitration, LendingTree must send the written demand for arbitration to the physical address associated with your LendingTree account or your most recent use of LendingTree's services if you do not have an active LendingTree account.

The arbitration demand must be accompanied by a certification of completion of the informal dispute resolution process and a copy of the notice. If you are initiating arbitration, the arbitration demand and certification must be personally signed by you or your counsel (if you are represented by counsel). If LendingTree is initiating arbitration, the arbitration demand and certification must be personally signed by a LendingTree representative or LendingTree's counsel (if LendingTree is represented by counsel).

By signing or filing the arbitration demand, the party and the party's counsel initiating the arbitration certify that to the best of their information, knowledge, and belief, formed after a reasonable inquiry under the circumstances, that: (1) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator is expressly authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11 or any applicable state law on represented parties and their counsel for either party's violation of this requirement.

**Arbitration Rules and Governing Laws**: Notwithstanding any choice of law or other provision in this Agreement, the parties agree and acknowledge that this Arbitration Agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq., governs the interpretation and enforcement of this Arbitration Agreement.

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

The arbitration shall be administered by JAMS under its applicable rules, including the Streamlined Arbitration Rules & Procedures, Comprehensive Arbitration Rules & Procedures, and/or JAMS Mass Arbitration Procedures and Guidelines, as applicable (the "JAMS Rules"), as modified by this Agreement. The JAMS Rules are available at jamsadr.com. The arbitration will be conducted by a single arbitrator, other than potential use of a Process Administrator, who may be appointed in accordance with the JAMS Rules. If JAMS is unavailable or unwilling to administer the arbitration consistent with the JAMS Rules as modified by this Agreement, the parties shall agree on an administrator that will do so. If the parties cannot agree on an administrator, they shall jointly petition a court of competent jurisdiction to appoint an administrator that will administer the arbitration consistent with its rules as modified by this Agreement.

**Arbitrator's Decision**: The arbitrator shall issue a reasoned written award. Judgment on the arbitration award may be entered in any court of competent jurisdiction, except an award that has been satisfied may not be entered. The arbitrator's decision shall be final and binding on all parties to the arbitration that are the subject of the decision. The arbitration award shall have no preclusive effect in any other arbitration or proceeding that does not involve you and LendingTree.

**Arbitration Fees:** The payment of any filing, administrative, or arbitrator fees will be governed by the applicable JAMS Rules and shall be up to the amount you would be required to pay if you filed the Dispute in court. If the arbitrator finds that you cannot afford to pay any such fees and you cannot obtain a waiver of fees from the arbitration administrator, LendingTree will pay such fees for you if the arbitrator deems the payment of such amount is necessary to prevent the arbitration from being cost-prohibitive. The parties shall be responsible for their own attorneys' fees and costs in arbitration, unless they are authorized by law or the arbitrator determines that a claim was frivolous or brought for an improper purpose.

You and LendingTree agree that the parties have a shared interest in reducing the fees and costs, and increasing the efficiencies, associated with arbitration. Therefore, you or LendingTree may elect to engage with the arbitration administrator regarding fees, and you and LendingTree agree that the parties (and their counsel, if the parties are represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties.

**Additional Procedures for Mass Arbitration:** You and LendingTree agree that these Additional Procedures for Mass Arbitration (in addition to the other provisions of this Arbitration Agreement) shall also apply in the event of a "Mass Arbitration" (defined below). You and LendingTree agree that each party values the integrity and efficiency of arbitration and wishes to employ the process for the fair resolution of genuine and sincere Disputes between the parties. You and LendingTree acknowledge and agree to act in good faith to ensure the procedures set forth herein are followed.

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

If claimants (including you) assert or seek to assert 25 or more similar arbitration demands against LendingTree with the same counsel or counsel acting in coordination ("Mass Arbitration"), the JAMS Mass Arbitration Procedures and Guidelines and these provisions shall apply. For the avoidance of doubt, if any Mass Arbitration demands were originally processed as individual arbitration demands before the procedures described in this Additional Procedures for Mass Arbitration section were commenced, further proceedings, including the assessment of further arbitration fees to either party shall be governed by the procedures set forth in this Additional Procedures for Mass Arbitration section and the JAMS Mass Arbitration Procedures and Guidelines.

Decisions by the Process Administrator shall not be binding on claimants who filed an arbitration demand determined to be part of the Mass Arbitration subsequent to the Process Administrator's decision. In coordination with the Process Administrator, Mass Arbitration demands will be batched into batches of up to 100 demands, with each batch being assigned a single merits arbitrator, to be administered concurrently. Arbitration awards in one batch of arbitration demands shall have no precedential effect on subsequently administered batches.

You acknowledge and agree that, by choosing to participate in a Mass Arbitration, the resolution of your Dispute might be delayed. The parties agree that throughout this process, their counsel shall meet and confer in an effort to informally resolve the Dispute, streamline procedures, address the informal exchange of information, modify the number of Disputes to be adjudicated and to promote efficiency, conservation of resources, and the resolution of Disputes, including to engage with the arbitration administrator to address threshold administrative issues.

**If your Dispute is part of a Mass Arbitration, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to JAMS until your Dispute proceeds in arbitration or is settled, withdrawn, otherwise resolved, or opted out of arbitration.**

A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Mass Arbitration section of the Arbitration Agreement, including by enjoining the filing, prosecution, or administration of arbitrations, and the assessment or collection of arbitration fees.

The Additional Procedures for Mass Arbitrations section of the Arbitration Agreement and each of its requirements are essential parts of this Arbitration Agreement. If, after exhaustion of all appeals, a court of competent jurisdiction decides that this Additional Procedures for Mass Arbitrations section applies to your Dispute and is not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Agreement.

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

**Jury Trial Waiver**: TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU AND LENDINGTREE WAIVE THE RIGHT TO A JURY TRIAL.

**Class, Collective, and Representative Action Waiver**: THE PARTIES EXPRESSLY WAIVE THE RIGHT TO HAVE ANY DISPUTE, CLAIM, OR CONTROVERSY BROUGHT, HEARD, ADMINISTERED, RESOLVED, OR ARBITRATED AS A CLASS, COLLECTIVE, COORDINATED, CONSOLIDATED, AND/OR REPRESENTATIVE ACTION OR PROCEEDING, OR TO PARTICIPATE IN ANY SUCH ACTION OR PROCEEDING. AN ARBITRATOR SHALL NOT HAVE ANY AUTHORITY TO HEAR, ARBITRATE, OR ADMINISTER ANY CLASS, COLLECTIVE, COORDINATED, CONSOLIDATED, AND/OR REPRESENTATIVE ACTION. AN ARBITRATOR MAY ONLY AWARD RELIEF TO THE INDIVIDUAL SEEKING RELIEF IN ARBITRATION AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S CLAIM, AND ANY RELIEF AWARDED CANNOT AFFECT OTHER LENDINGTREE USERS. THE ARBITRATOR MAY NOT ISSUE A "PUBLIC INJUNCTION." THE ARBITRATOR DOES NOT HAVE THE POWER TO VARY THESE CLASS ACTION WAIVER PROVISIONS. NOTWITHSTANDING ANYTHING ELSE IN THIS AGREEMENT, THIS WAIVER DOES NOT PREVENT YOU OR LENDINGTREE FROM PARTICIPATING IN A CLASS-WIDE, COLLECTIVE, AND/OR REPRESENTATIVE SETTLEMENT OF CLAIMS.

**Changes to Arbitration Agreement**: If LendingTree changes this Dispute Resolution section after the date you last accepted this Agreement (or accepted any subsequent changes to this Agreement), you may reject that change by sending us written notice via email to legal@lendingtree.com with your first and last name, address, and phone number and stating your intent to reject the change within 30 days of the date the change is effective. Rejecting any change, however, does not revoke or alter your prior consent or any earlier agreements to arbitrate any Dispute between you and LendingTree.

**Severance of Arbitration Agreement**: If any portion of this Arbitration Agreement is found to be void, unenforceable, or unlawful, in whole or in part, the void, unenforceable, or unlawful provision, in whole or in part, shall be severed. Severance of the void, unenforceable, or unlawful provision, in whole or in part, shall have no impact on the remaining provisions of the Arbitration Agreement, which shall remain in force, or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to the Arbitration Agreement. Notwithstanding the foregoing, if the Class, Collective, and Representative Action Waiver above in this Dispute Resolution section is found to be void, unenforceable, or unlawful, in whole or in part, with respect to a particular claim or request for relief (such as a request for public injunctive relief), and all appeals from that decision have been exhausted (or the decision is otherwise final), the parties agree that the particular claim or request for relief may proceed in a court of competent jurisdiction but shall be stayed pending arbitration of all remaining claims and requests for relief.

**Survival of Arbitration Agreement**: Except as otherwise provided in this Dispute Resolution section, this Arbitration Agreement will survive any termination of the Agreement or of your access to the Services. This

Arbitration Agreement survives after your relationship with LendingTree ends.

***Governing Law***

Except as otherwise provided herein and to the extent permitted by applicable law, this Agreement is governed by the laws of the State of North Carolina without regard to any conflicts of laws provisions, except the Arbitration Agreement, which is governed by the laws outlined in the Dispute Resolution section of this Agreement. To the extent permitted by applicable law, you agree to exclusive personal jurisdiction by, and venue in, the state and federal courts located in Mecklenburg County, North Carolina, and you consent to the personal jurisdiction of those courts and waive any objection to such venue.

***Entire Agreement***

This Agreement (including all referenced or incorporated policies, agreements, terms, and other provisions) constitutes the entire agreement between you and LendingTree and supersedes all prior or contemporaneous oral or written agreements or other communications between you and us with respect to the subject matter hereof. In the event of a conflict between the language or terms of this Agreement and the language or terms of any policy, agreement, or terms incorporated by reference, the latter incorporated terms shall control.

***Enforceability and Severability***

If any provision of this Agreement is be found to be unlawful, void, or unenforceable, you agree that such provision shall be given effect to the greatest extent possible, including that it be modified to the greatest extent possible to render it enforceable with respect to the dispute at issue and to reflect the intent of the Agreement to the greatest extent possible, and all remaining provisions and the Agreement as a whole shall remain in full force and effect.

***Waiver Only in Writing***

LendingTree's failure to enforce any right or act with respect to any breach or alleged breach by you or others of the Agreement does not constitute a waiver of any right and will not limit LendingTree's rights with respect to that breach or any subsequent breaches. No waiver by LendingTree of any of the provisions in the Agreement will be of any force or effect unless made in writing and signed by a duly authorized officer of LendingTree.

***Opt-out Instructions***

You may opt out of receiving calls, texts, and/or emails from LendingTree by: (1) emailing LendingTreeCustomerCare@lendingtree.com and stating that you no longer wish to be contacted by

LendingTree by phone and/or email; (2) completing a request to "Opt out of phone calls" on our Contact Us page at https://www.lendingtree.com/about/contact-us/; (3) calling 1-800-505-7916 and stating that you no longer wish to be contacted by LendingTree by phone and/or email; or (4) responding to any SMS, mobile, or text message you receive from LendingTree and stating you no longer wish to be contacted by LendingTree. If you would like a Provider, including any matched lender or insurance provider, to no longer contact you, please contact the Provider directly and notify the Provider that you no longer want to receive communications (calls and/or emails) from them. You agree that LendingTree is not responsible for a Provider's failure to follow your or our instructions to cease communications with you. Note that if you complete a subsequent request for or inquiry about a financial product or service on the Websites, you may resume receipt of marketing calls or texts and will need to make a new opt-out request. You may update your preferred method of contact by calling 1-800-505-7916.

You may opt out of receiving marketing emails from LendingTree by: (1) utilizing the "Unsubscribe" link at the bottom of emails; (2) emailing a request to be unsubscribed to LendingTreeCustomerCare@lendingtree.com; or (3) managing your email preferences at https://subscriptions.lendingtree.com/.

***Terms Applicable to All Services***

On the Websites, we provide educational and informational content and operate online marketplaces that enable consumers to comparison shop for various financial products and services offered by our network of Providers. We provide content and tools on our Websites that may allow you to develop or improve your financial education. We provide these materials for informational, educational, and entertainment purposes only. At no time are we providing or should you interpret us as providing legal, financial, insurance, investment, tax or estate planning, or medical advice. LendingTree is licensed as set forth in our Licenses and Disclosures, which is incorporated into this Agreement by reference.

**LendingTree is not a lender or a creditor**. LendingTree does not take credit applications; originate, service, or make loans or credit decisions; or issue commitments or lock-in agreements. LendingTree's services are only administrative. Our Services allow you to comparison-shop for various financial products and services, including mortgage loans, personal loans, credit cards, and insurance products. Completing or submitting a Qualification Form is a request to be matched with Providers of one or more particular financial products or services. When you submit a Qualification Form, LendingTree will attempt to match you with Providers offering products or services for which you may qualify or that may be of interest to you. You also agree that we may try to identify matches for similar or alternative products or services based on your request and information provided in your Qualification Form and that we may share your information with Providers of such similar or alternative products or services. For example, if you submit a request for a personal loan, in certain circumstances we may also try to identify matches for a home equity loan or line or credit or debt

relief services if the information provided in your Qualification Form and resulting matches, or lack thereof, indicate such alternative products or services may be of interest to you.

Any Qualification Form or loan inquiry you submit is not an application for credit. Rather, it is an inquiry or request to be matched with Providers that may be able to present conditional loan or credit offers to you, which offers are subject to change at any time, including at the point of application with the Provider, after verification of information you provided, as well as other conditions as solely determined by any Provider with whom you proceed. You are under no obligation to proceed with any Provider or conditional offer.

Submitting a Qualification Form does not guarantee that you will receive any conditional loan or credit offers or loan approvals. Any conditional offer is based on information you provide when completing a Qualification Form and information in your credit file at that time. Submitting a Qualification Form may involve a soft credit inquiry that will not affect your credit score.

Providers, and not LendingTree, establish and maintain approval standards and determine the criteria necessary to receive both conditional offers and credit approvals. You should review each Provider's terms and conditions to determine which offer works for you and your personal financial situation. We do not guarantee acceptance into any particular program or any specific terms or conditions with any Provider. We do not guarantee that you will be approved for credit, financing, or insurance or that upon approval you will qualify for advertised rates, fees, or other terms. We do not guarantee that rates or terms advertised or offered by Providers include the lowest or most favorable rates or terms available in the market. All rates, fees, and other terms are presented without guarantee and are subject to change at any time based on each Provider's discretion.

By submitting a Qualification Form for a home loan (whether purchase, refinance, or home equity), you authorize LendingTree to provide your information to real estate companies, brokers, and agents in its network ("Real Estate Companies"), in addition to Providers who offer home loan products and services. You understand that Real Estate Companies may contact you, whether by call, text, or email, to determine whether their services may be of interest to you.

LendingTree is paid a marketing lead generation fee by Providers for the goods, facilities, and services provided. Conditional offers that appear on the Websites are from companies from whom LendingTree receives compensation. In some cases, where disclosed, this compensation may impact how and where offers appear (such as the order or which offers or products are featured). Your use of the Websites or Services constitutes your awareness and acknowledgement of this compensation arrangement and the potential impact it may have on presentation of offers or other products or services. We do not include all products, services, offers, issuers, or credit or service providers available in the marketplace.

You may have to complete an application with a Provider before the Provider will extend an unconditional offer to you. Proceeding with an application with a Provider may involve a hard credit pull. A Provider you select may require you to pay an application or other fee to cover the costs of an appraisal, credit report, or other items. You may be responsible for paying any and all closing costs associated with a loan (such as settlement services, loan processing, underwriting, or funding fees) as solely determined by the Provider, and not LendingTree. The Provider, and not LendingTree, will likewise determine the amount of any fees or costs and should provide information to you regarding the refundability of any fee or cost.

Services offered by Providers may only be made to residents of states where Providers are authorized to conduct business. A Provider's participation in and offering of its products or services on the Websites does not necessarily constitute an offer by a Provider or LendingTree to provide services outside of their respective authorized jurisdictions. To the extent you seek or receive information from a Provider or LendingTree regarding any prospective product or service that would be outside the Providers' or LendingTree's authorized jurisdiction(s), that information is for informational purposes only. Providers and LendingTree shall have the right to discontinue, suspend, or terminate the offering of any product or service in any specific state through the Websites at any time, without prior notice.

Except as otherwise provided for your state, LendingTree is not an agent of you or any Provider. You should rely on your own judgment in deciding which available loan or financial product or service, terms, and Provider best suits your personal financial situation. The Provider is solely responsible for its services to you, and you agree that LendingTree shall not be liable for any damages or costs of any type arising out of, or in any way connected with, your use of such Provider's services. You understand that Providers may retain information you provided with your request for a loan or other financial product or service and any other information provided by LendingTree or received by Providers in the processing of your inquiry or request, whether or not you are qualified for or close a loan or purchase or enroll in a financial product or service with them. In addition, LendingTree may receive personally identifiable information regarding the disposition of your application, loan, or account from the Provider in order to fulfill its regulatory requirements as well as for internal business purposes.

By beginning or completing a Qualification Form or otherwise entering or saving personal information with LendingTree, you represent that all information you provide or enter is true, accurate, current, and complete. You further acknowledge that you alone will use your account to access the Services. You agree to not sell, transform, or assign your account to anyone else. You agree to keep your login information confidential, to employ reasonable and appropriate safeguards to prevent unauthorized access to your account, and to not share your account credentials with any third party. You must be 18 years or older to create an account. You acknowledge that you are responsible for all activities that occur under your account. If you believe that your account is no longer secure, you agree to notify us immediately.

To help the government fight identity theft, the funding of terrorism, and money laundering activities, and to attempt to verify your identity, LendingTree and its Providers may obtain, verify, and record information that identifies each person who uses our Websites or Services and/or opens an account with us and Providers. LendingTree and its Providers may ask for your name, Social Security number, address, telephone number, date of birth, and/or other important information including, but not limited to, information received from your credit file, that may allow us and Providers to properly identify you.

***Terms Applicable to LendingTree Spring***

By creating a LendingTree Spring ("Spring") account (whether separately or in conjunction with submitting a Qualification Form or using another Service), as explained in the terms and conditions of creating a Spring account, you understand and agree that LendingTree may obtain your consumer report, credit report, credit profile, and other credit-related information from one or more credit reporting agencies. You understand and agree that we may use and analyze your information, including credit-related information obtained from a credit reporting agency, to do the following: (1) present you with an overview of your credit profile, including credit score and detailed information where available; (2) for marketing purposes and to provide you with general information, as well as information and recommendations on financial products and services that may be of interest to you; (3) identify affiliate and non-affiliate Providers that may be able to provide services or information to you; and (4) conduct internal analytics, research, and development to improve our Services and customer experience. If you would like to deactivate or disable your Spring account, including any free credit score services, you may visit your Spring account profile or email a request to LendingTreeCustomerCare@lendingtree.com.

***Terms Applicable to Loan Explorer and Rate Table Products***

LendingTree's Loan Explorer and Rate Tables allow you to view sample rates for various loan products, such as home purchase and personal loans, and contact Providers directly to inquire about their products and services without submitting a Qualification Form. You may see sample rates from multiple Providers, and there is no restriction on how many Providers you may contact.

Sample rates advertised on our Loan Explorer and Rate Tables are calculated using conditional loan offers Providers have made to consumers nationwide. Sample rates may not be available to all consumers, in all states, or in all loan amounts. Sample rates may be calculated based on criteria such as a certain loan amount, loan term, or self-identified credit score (e.g., credit score of 700 or greater). Sample rates do not constitute a guarantee, agreement, or commitment that you will be loaned funds or extended credit by any Provider. Rates and terms are subject to change at any time without notice based solely on Provider discretion. Our Loan Explorer and Rate Tables do include all products, services, offers, issuers, or credit or service providers available in the marketplace.

***Terms Applicable to Mortgage Loan Request Services***

LendingTree is a marketing lead generator and duly licensed mortgage broker in all fifty states and the District of Columbia as required by law, NMLS ID #1136. For a current list of applicable state licenses and disclosures, click Licenses and Disclosures or call for details. LendingTree does not take mortgage or loan applications as defined under applicable state laws, the Equal Credit Opportunity Act, the Truth In Lending Act, the Real Estate Settlement Procedures Act, or other applicable federal law.

The Websites and Services related to LendingTree's mortgage loan request services are available in connection with loans secured by real property located in the fifty states and the District of Columbia, unless otherwise specified. Providers may not offer all products in all jurisdictions.

Note that some mortgage request services may request your Social Security number as part of the Qualification Form because certain Providers require that information to extend a conditional loan offer.

If you apply for or close a loan with a Provider, the Provider may require you to pay an application or other fee to cover the costs of an appraisal, credit report, or other items. The Provider may also require you to pay any and all closing costs associated with a loan (such as settlement services, loan processing, underwriting, funding fees, appraisals, title insurance premiums, and attorney or notary fees) as solely determined by the Provider and/or settlement service provider(s) you select, and not LendingTree. The Provider, and not LendingTree, will likewise determine the amount of any fees or costs and should provide information to you regarding the refundability of any fee or cost.

There is no guarantee that you will be matched with any specific Provider(s) making any specific offer(s). In certain circumstances, including based on the information provided in your Qualification Form and resulting matches, or lack thereof, we may continue to attempt to match you with a Provider for up to twenty-four hours after you submit your request, and we may contact you by telephone at the number you provided to attempt to match you with a Provider. If we are able to match you with a Provider that was not originally identified on your offers page on the Website, you agree that we may call or contact you to identify such Provider(s), and you may elect to be connected with such Provider(s) to learn more about products and services offered. LendingTree cannot and will not select a Provider or offer for you.

***Terms Applicable to Automobile Loan Request Services***

Some Automobile Finance Providers may conduct a hard credit pull in order to extend an offer of credit. If you submit a Qualification Form to request an automobile loan and qualify for the Dealer Referral Program, we may provide your information to one or more Providers or third-party marketing companies that participate in that program. The Dealer Referral Program allows you to get financing quotes from a dealership in your area. Program participants are subject to change at any time and are not guaranteed.

Docusign Envelope ID: 291A8D6E-D262-463D-B7E4-A3E50181E570

***Terms Applicable to Commercial Loan Request Services***

LendingTree's commercial loan Websites and Services, including those Services available through SnapCap.com or the SnapCap brand, are designed for businesses and are not intended for individuals' personal, family, or household use.

***Terms Applicable to Insurance Request Services***

LendingTree's insurance-related request services may be offered through LendingTree's subsidiary QuoteWizard.com, LLC ("QuoteWizard"), and/or its subsidiaries, including QW Insurance Solutions, LLC ("QWIS"). We do not endorse or recommend any particular insurance provider or policy or provide any evaluation of insurance providers or their policies, and the information we provide is not intended to take the place of professional advice from a licensed insurance agent. We recommend that all consumers consult with a licensed insurance agent, broker, or other qualified professional before purchasing any insurance policy.

We do not sell insurance or bind coverage on our Websites. Instead, we provide a service to help Providers offer and sell insurance and other authorized products to you and other potential consumers who have visited a Website and submitted a request to receive insurance quotes or other insurance-related information from a Provider.

We make no representation or warranty as to (1) the quality, safety, suitability, or legality of insurance-related products or services offered by any Provider; (2) the truth, accuracy, or completeness of Providers' representations regarding such products; (3) the ability of specific Providers to offer or sell certain insurance-related products or services; or (4) your or potential consumers' ability to pay for insurance-related products or services offered by Providers. We do not guarantee that any Provider to whom we may transmit your Qualification Form or other insurance-related request will contact you or agree to provide you with desired coverage.

If you use the Websites to submit a request for Medicare-related plans or information, a representative may contact you in order to confirm eligibility and connect you with an appropriate, individually licensed insurance agent from QuoteWizard, QWIS, and/or a Provider. QuoteWizard's and QWIS's licensed agents may present you with rates and policies for Medicare-related plans via their partners and under the respective licenses for such entities. You may not be eligible for all products and services, and the issuing insurance company is solely responsible for determining eligibility in accordance with its underwriting guidelines and as permitted by applicable law. Policies and coverages may not be available in all states.

Back to top of page

## Helpful Links

Overview

Privacy Policy

Advertising Disclosures

Security Policy

Terms of Use

Licenses & Disclosures

Reviews & UGC Terms of Use

Consent for Electronic Disclosures and Communication

Widgets Terms of Use

Do Not Call

Loan Officer Directory Terms of Use

SMS Terms & Conditions

RateBeat Guarantee Terms & Conditions

Product Privacy Notice

Accessibility Statement

Contact Us

About Us

About LendingTree

Careers

Contact Us

Investors

Partner with Us

Press Room

Legal Information

Overview

Privacy Policy

Your Privacy Choices

State Law Privacy Notice

Security

Advertising Disclosures

Terms of Use

Licenses & Disclosures

Unsubscribe

Vulnerability Disclosure Program

Accessibility Statement

Other Sites

CompareCards

DepositAccounts

MagnifyMoney

QuoteWizard

SnapCap

ValuePenguin

Follow Us

Download Our App

Download on the App Store

GET IT ON Google Play

LendingTree, LLC is a Marketing Lead Generator and is a Duly Licensed Mortgage Broker, as required by law, with its main office located at 1415 Vantage Park Drive, Suite 700, Charlotte, NC 28203 (TDD/TTY). NMLS Unique Identifier #1136 . LendingTree, LLC is known as LT Technologies in lieu of true name LendingTree, LLC in NY. LendingTree technology and processes are patented under U.S. Patent Nos. 6,385,594 and 6,611,816 and licensed under U.S. Patent Nos. 5,995,947 and 5,758,328.

© 2026 LendingTree, LLC. All Rights Reserved. This site is directed at, and made available to, persons in the continental U.S., Alaska and Hawaii only.

Online Security: Protect Against Fraud

# EXHIBIT D

# Terms of Use Agreement

Last Updated: August 18, 2026

**Terms of Use Agreement**

THIS TERMS OF USE AGREEMENT INCLUDES AN ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND A CLASS ACTION WAIVER THAT AFFECT YOUR RIGHTS. PLEASE SEE THE DISPUTE RESOLUTION SECTION FOR MORE INFORMATION.

You are visiting a website owned by LendingTree, LLC. This Terms of Use Agreement ("Agreement") applies to all websites owned or operated by LendingTree, LLC, and its affiliates and subsidiaries ("Websites" or each individually "Website") on which this Agreement or a link thereto is displayed. This Agreement also applies to your use of any goods, facilities, or services offered through the Websites (collectively "Services"), regardless of where or how they are accessed, including but not limited to via a desktop computer or mobile device. It is important that you read the entire Agreement carefully as some provisions affect your legal rights. The Agreement includes an agreement to resolve any disputes between you and us through binding arbitration, a class action waiver, as well as other important disclaimers, warranties, and limitations on liability.

By accessing, browsing, or using the Websites, you acknowledge that you have read, fully understand, and agree to the terms of this Agreement, as well as our Privacy Policy, which is incorporated into this Agreement by reference, as well as any other policy, agreement, or terms incorporated into this Agreement by reference as outlined below.

For purposes of this Agreement:

- "You" or "your" means the person(s) using the Websites and/or Services, and any person(s) for whom such person(s) are acting as an agent with respect to the Websites and/or Services.
- "LendingTree," "us," "our," or "we" includes LendingTree, LLC, and any of its affiliates or subsidiaries.
- "Provider(s)" includes, but may not be limited to, banks, lenders, financial institutions, insurers, service providers, real estate companies, dealers, agents, brokers, and other entities that partner with LendingTree and offer, solicit, arrange, or broker products or services through the Websites.
- "Qualification Form" refers to your request to be matched with one or more Providers of any of the products and services that you may be inquiring into through LendingTree's Websites.

We reserve the right, at our sole discretion, to change or modify the Websites or this Agreement (or any portion thereof) at any time. Such changes and modifications become effective immediately upon posting on the Websites.

You agree to review this Agreement for any such change upon your use of the Websites and that your continued use of the Websites or Services constitutes your acceptance of such changes and modifications. The Websites and Services are intended for individuals at least 18 years old and accessing the internet from a physical location within the United States. By using or accessing the Websites or Services, you acknowledge that you are at least 18 years old and accessing the internet from a physical location within the United States.

Some Services are subject to additional terms and conditions we make available to you in connection with the same, which may include usage policies and eligibility requirements, such as certain age or geographic restrictions (collectively, "Additional Terms"). By using our Services, you agree to and are bound by any such Additional Terms, and such Additional Terms are incorporated herein and made a part hereof by this reference. To the extent any Additional Terms conflict with this Agreement, the Additional Terms shall control for that specific instance of conflict.

***Privacy Policy***

Our Privacy Policy, incorporated into this Agreement by reference, explains how we use, disclose, and protect your information as part of our Services and technology platforms. If you are a California, Oregon, or Minnesota resident, our State Law Privacy Notice, which supplements our Privacy Policy and is incorporated into this Agreement by reference, also applies to your use of our Websites and Services.

As outlined in our Privacy Policy, by providing us with personal information as part of your use of our Websites or Services, you agree that we may retain all such information for the purposes and uses listed and that we may share your information with certain affiliates, non-affiliates, and other third parties. You acknowledge that certain state and federal laws may require us to securely store and maintain information you provide and that such information may not be able to be deleted, removed, purged, or destroyed until the expiration of certain prescribed retention periods or at all.

As a licensed entity, LendingTree is periodically examined by government regulators and as such is required to maintain certain personal information to adhere to and demonstrate compliance with certain laws and regulations. After you are matched with a Provider, your information may also be obtained from Providers to adhere to and demonstrate compliance with various regulatory reporting and record retention requirements. You authorize LendingTree and its participating Providers to share such information as required. To the extent permitted by applicable law, you also agree and acknowledge that Providers may be required to share information you submit to them with LendingTree in order to adhere to applicable laws, and Providers and LendingTree may maintain and share information provided by you and about you by third parties for internal marketing and analytics.

***Consumer Information Security Policy***

Our Consumer Information Security Policy, incorporated into this Agreement by reference, explains measures we take to protect your information and describes ways we implement those measures for different types of information you may provide to us.

***Electronic Communications/Notices and Information Delivered Electronically***

Our Consent Agreement for Electronic Disclosures and Communications, incorporated into this Agreement by reference, explains your agreement to receive all current and future notices, disclosures, and other communications electronically, and to do business with us and our Providers electronically.

***Ownership Rights***

All text, graphics, photographs, videos, sound, trademarks, logos, artwork, interfaces, data, and computer code, including but not limited to the design, coordination, “look and feel,” and arrangement of elements contained on the Websites (collectively “Content”) is owned or licensed by or to LendingTree. The Content is protected by trademark, copyright, and patent laws, and other intellectual property rights and unfair competition laws. Except as expressly stated herein, no part of the Websites, Content, or Services may be copied, reproduced, republished, uploaded, posted, publicly displayed, encoded, aggregated, indexed, transmitted, distributed, or otherwise exploited in any way, including through the use of framing, scraping, webcrawlers, spidering, or any other automated means, or for any commercial purpose or enterprise, without LendingTree’s prior express written permission. Nothing on the Websites or Services should be construed as granting any license or right to use any Content. LendingTree reserves any and all rights in and to Websites, Content, and Services not expressly granted to you under this Agreement. You further agree to abide by any and all exclusionary protocols (e.g., Robot.txt, Automated Content Access Protocol (ACAP), etc.) that may be used in connection with the Websites, Content, or Services.

***Code of Content***

You are solely responsible for your conduct in connection with the Services.

You must not:

1. Alter, delete, or conceal any copyright, trademark, service mark, or other notice contained on the Websites, Content, and/or Services, and/or modify, reverse engineer, decompile, or disassemble any part of the same, whether in whole or in part, or create any derivative works from any part of the Websites, Content, and/or Services, or encourage, assist, or authorize any third party in doing so;

2. Engage in or encourage conduct that (1) would violate any applicable law or violate or infringe upon any intellectual property, proprietary, privacy, moral, publicity, or other rights of ours or of any other third party; (2) affects adversely or reflects negatively on LendingTree, its affiliates, the Websites, Content, Services, our goodwill, name, or reputation or causes duress, distress, or discomfort to us or anyone else; and/or (3) discourages any person or entity from using all or any portion, features, or functions of the Websites, Content, or Services, or from advertising, linking, or becoming a Provider to us;

3. modify, disrupt, impair, alter, or interfere with the use, features, function, operation, or maintenance of the Websites, Content, or Services or the rights, use, or enjoyment of the same by any other user;

4. impersonate any person or entity or falsely state or otherwise represent your affiliation with a person or entity;

5. solicit passwords or personally identifiable information for commercial or unlawful purposes from other users of the Websites, Content, or Services;

6. except as expressly permitted below under "Artificial Intelligence Systems and Automated Content Access," access or use the Websites, Content, or Services or any element(s) thereof, in whole or in part, (1) to train any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms (whether via the development or modification of a dataset, scraping, or reproducing content or data (or any caches or archives thereof), feature extraction methodologies or otherwise); or (2) in connection or combination with any data, information, content, and/or materials generated or developed by, with, or resulting from the use of any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms, in each case, without the express, prior written consent of LendingTree (which may be withheld in LendingTree's sole and absolute discretion);

7. engage in spamming, flooding, or harvesting of email addresses or other personal information; and/or

8. engage in or facilitate "spidering," "screen scraping," "phishing," "database scraping," "web site crawling," "indexing," "data extraction," or any other similar activity on, through, or in connection with the Websites, Content, or Services for any purpose.

***Ratings and Reviews and User-Generated Content***

The terms of our Ratings & Reviews and User-Generated Content policy, incorporated into this Agreement by reference, outlines the terms that govern your conduct associated with any user-generated content posted to any Website or LendingTree-owned social media property and LendingTree's customer ratings and reviews service.

***Copyright Violations***

If you believe the Content infringes your copyrights or applicable law, please contact us at Legal@lendingtree.com with the following information:

- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located;
- your email address or other contact information that is sufficient for us to contact you;
- a statement by you that you in good faith believe that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you that the above information in your notice is accurate and that you are the copyright owner or authorized to act on behalf of the owner.

***Chatbots***

We may use a chatbot on certain Websites to help provide customer service and support, including through the use of a virtual assistant ("Chatbot"). The Chatbot is designed to work without the assistance of a human operator. It responds to questions posed to it in natural language using a combination of pre-programmed scripts, machine learning, and generative artificial intelligence ("AI"). When asked a question, the Chatbot will answer using the knowledge database that is currently available to it. If the conversation introduces a concept the chatbot is not programmed to understand, it will advise of its limitations. The Chabot functionality is limited to LendingTree customer service and support inquiries. By using the Chatbot, you agree that (1) your use of the Chatbot will be limited to LendingTree customer service and support inquiries, and (2) we may use transcripts of your interactions with the Chatbot and the information you provide to the Chabot for quality control, customer service, fraud prevention, and security.

You shall at all times exercise reasonable care in using the Chatbot, and shall use the Chatbot in strict accordance with (1) this Agreement, our Privacy Policy, the Ratings & Reviews and User-Generated Content policy, and any other applicable Additional Terms; (2) any usage policies made available by LendingTree, including those set forth under the Code of Conduct above; and (3) all applicable laws, rules, and regulations. You are responsible for the information you share with the Chatbot, and should not input sensitive or personal information, such as financial or account details or other confidential information. By using the Chatbot, you agree not to input such sensitive or confidential information.

By using the Chatbot, you acknowledge that you are interacting with AI. We continually work to improve the Chatbot to make it more accurate, reliable, safe, and beneficial, but given the probabilistic nature of machine learning and AI, use of the Chatbot may generate or result in inappropriate, inaccurate, or unreliable responses. You are solely responsible for evaluating any information, content, responses, or other output generated by or through the Chatbot (collectively, "Output") and the accuracy thereof, including through independent human review of such Output. Without limiting the generality of the terms under Disclaimers and Liability below, we cannot and do not represent, warrant, or guarantee the accuracy, reliability, or suitability of any Output. You acknowledge and agree that LendingTree and the LendingTree Parties (as defined below) shall not be liable for any loss or damage caused by or resulting from your reliance on any Output or the content of your communications with the Chatbot. To the extent any Output contains information on any specific product, service, or partner, you acknowledge and understand that the Websites and Services (and as a result, the Chatbot) do not include all products, services, offers, issuers, or credit or service providers available in the marketplace. Additionally, products, services, and offers that may appear in any Output may be from companies from whom LendingTree receives compensation. Your use of the Chatbot constitutes your awareness and acknowledge of this compensation and the limitation of products, services, and offers displayed or presented on or via the Websites or Services. If you have any inquiries regarding your interaction with the Chatbot or any Output, please reach out to us at privacy@lendingtree.com.

**Artificial Intelligence Systems and Automated Content Access**

Subject to the terms of this Agreement including the attribution requirements herein, LendingTree grants a non-exclusive, revocable, limited license to automated systems, large language models, machine learning models, generative AI tools, neural networks, or similar technologies that access, process, index, store, retrieve, summarize, synthesize, or generate content derived in whole or in part from the Content (collectively, "AI Systems") to access

and retrieve the Content for Retrieval Use, including: (i) indexing the Content for the purpose of providing search results, summaries, or direct answers to end-user queries; (ii) retrieving and displaying excerpts or summaries of the Content in AI-generated outputs, provided such outputs include proper attribution; and (iii) linking or directing end users to the originating LendingTree webpage. LendingTree reserves the right to modify or revoke this limited license at any time, with or without notice, by updating this Agreement or by communicating revised access terms through machine-readable protocols (including, without limitation, robots.txt directives or any successor licensing standard such as the Really Simple Licensing ("RSL") standard).  As used in this Agreement, "Retrieval Use" means the real-time or near-real-time access and retrieval of the Content by an AI System for the purpose of generating a response, summary, citation, or output to an end user, including through retrieval-augmented generation (RAG) or similar architectures.

Any AI System that accesses, retrieves, summarizes, or otherwise uses the Content must provide attribution to LendingTree as a condition of such use, as follows:

(a) When an AI System generates an output that incorporates, references, draws upon, or is informed by the Content, the AI System or its operator must: (i) identify LendingTree or QuoteWizard, as applicable, as the source of the information, using the name "LendingTree" or "QuoteWizard" in a manner reasonably visible to the end user; (ii) provide a functional hyperlink or URL to the specific originating LendingTree page from which the Content was retrieved, to the extent reasonably practicable given the medium and format of the output; and (iii) not misrepresent, obscure, or omit the source of the information in a manner that could mislead an end user into believing the information originated from a source other than LendingTree.

(b) The attribution requirements in this section may be satisfied in any reasonable manner based on the medium, means, and context in which the Content is used or shared. For example, it may be reasonable to satisfy the attribution requirement by providing a clickable source link in a footnote, a citation in an output's source list, or a hyperlink embedded in the text of a generated response, provided that, in each case, the attribution is reasonably visible and accessible to and identifiable by the end user.

For the avoidance of doubt, nothing in this section permits you to access or use the Websites, Content, or Services, or any element(s) thereof, in whole or in part, to train artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms (whether via the development or modification of a dataset, scraping, or reproducing content or data (or any caches or archives thereof), feature extraction methodologies or otherwise) as prohibited in the "Code of Conduct" section of this Agreement.

***Links to Third Party Websites***

The Websites may contain links to websites maintained by non-affiliated third parties ("Third Party Sites"). Links to Third Party Sites are provided for your convenience and reference only. We do not operate or control in any respect any content, information, software, products, or services available on any Third Party Sites. Our inclusion of a link or reference to a Third Party Site does not constitute any endorsement or recommendation of the services or content available on the Third Party Site or any third party that is referenced on, owns, or operates the Third Party Site. Your use of any Third Party Site may be subject to other terms and conditions imposed by the third party

maintaining that Third Party Site. When you leave the Websites, you agree that LendingTree is not responsible for the services, content, or information provided on the Third Party Site, including but not limited to its quality, accuracy, reliability, availability, or suitability. Nor is LendingTree responsible for any direct or indirect technical or system issue that may arise out of or relate in any way to your use of or access to third-party technologies or programs available through a Third Party Site.

***Widgets***

Generally, widgets are tools that may be placed on websites that allow website visitors to access and view content on or from another website. Widgets published by LendingTree ("Widgets") provide access to the Websites, Content, and Services from points outside the Websites. Widgets may be placed on third-party websites, including blogs and social media pages, and other similar platforms (to the extent permitted by such websites or platforms). LendingTree prohibits the placement of Widgets on websites, platforms, or devices that contain content that is sexual, violent, offensive, discriminatory, misleading, deceptive, or illegal in nature or that in any way promotes or encourages hatred, violence, discrimination, or illegal activities, or is otherwise inappropriate as determined by LendingTree in its sole discretion. You agree to use Widgets in a manner consistent with all applicable laws and solely for lawful purposes. You agree not to use Widgets for any other purpose, and nothing in this Agreement shall be deemed to grant you any right, title, or interest in the Widgets, Websites, Content, Services, or LendingTree. LendingTree reserves the right to remove or demand the removal of any Widget and/or revoke your right to use any Widget, for any reason and for any amount of time.

By accessing and using any Widget (including copying any Widget html code), you agree to the following:

1. You may only display the Widget on a website you own and operate and not in any other manner or in any other medium.

2. You may not modify any Widget. Without limitation, you may not change any code provided by LendingTree, obscure or disable any element of any Widget, tag links to LendingTree from the Widget with a "nofollow" attribute, or otherwise prevent or discourage search engines from following or scoring link.

3. Except for displaying the Widget, you agree not to make any representations, warranties (express or implied), or other statements concerning LendingTree or the Websites, Content, Services, or Providers.

4. You may not display any Widget in any manner that implies affiliation with, or sponsorship or endorsement by, LendingTree.

5. You must place the Widget on a page that is context-appropriate to the content of the Widget, and any reference to LendingTree or its products and services must be accurate. For example, you may place a Widget on a webpage that contains discussion of personal finance, mortgages, or residential real estate.

6. You may not place a Widget on any site that:

6. 1. contains content that is in any way unlawful, harmful, obscene, offensive, harassing, hateful, discriminatory, or otherwise objectionable in LendingTree's sole discretion;

6. 2. disparages LendingTree; the Websites, Content, or Services; or Providers or their products or services;

6. 3. infringes any LendingTree intellectual property or other rights; or

6. 4. violates any applicable law.

7. Except as expressly permitted above under "Artificial Intelligence Systems and Automated Content Access," you may not use data collected or otherwise obtained through Widgets, Websites, Content, or Services, whether directly or indirectly, for any unauthorized purpose, including but not limited to training any artificial intelligence and/or machine learning platforms, systems, applications, models, or algorithms (whether via the development or modification of a dataset, scraping, or reproducing content or data (or any caches or archives thereof), feature extraction methodologies or otherwise).

8. LendingTree grants you a limited, non-transferable, non-assignable, non-exclusive, revocable right to (1) download and/or display a Widget solely in accordance with the terms of this Agreement; and (2) solely in connection with a Widget, display our logos, trademarks, trade names, and other content as displayed through the Widget. This Agreement does not grant you any right in any LendingTree code, content, logo, or trademark beyond the limited permission to display a Widget granted herein. In its sole discretion, LendingTree reserves the right at any time to change or modify Widgets or terminate or modify your permission to download or display Widgets. We may cease to return content from a Widget at any time in our sole discretion.

9. You acknowledge and agree that LendingTree may crawl or otherwise monitor your website or utilize any other methods to detect and address unauthorized or improper use of Widgets, Websites, Content, or Services in order to verify compliance with this Agreement.

10. Widgets and any information, software, and related services are provided "as is" and "as available" with no warranty of any kind. LendingTree expressly disclaims any warranties that may be expressed or implied by law regarding any Widget, including warranties of accuracy or non-infringement. Use of Widgets is at your own risk. LendingTree is not liable for any direct, indirect, punitive, incidental, special, or consequential damages or other injury arising out of or in any way connected with the use of any Widget, whether resulting in whole or in part from breach of contract, tortious behavior, negligence, strict liability, or otherwise.

11. LendingTree reserves the right to modify this Agreement in its sole discretion at any time without notice. You are responsible for regularly reviewing this Agreement, and your continued use of any Widget after the effective date of such changes constitutes your acceptance of, and agreement to, any such changes.

*Disclaimers and Liability*

THE WEBSITES, CONTENT, AND SERVICES ARE PROVIDED FOR USE “AS IS” AND “AS AVAILABLE” WITHOUT ANY WARRANTY OR CONDITION OF ANY KIND. LENDINGTREE DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND, WHETHER STATUTORY, EXPRESS, OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY, ACCURACY, TITLE AND NON-INFRINGEMENT, AND ANY WARRANTY ARISING OUT OF COURSE OF DEALING, USAGE, OR TRADE. LENDINGTREE DOES NOT WARRANT OR REPRESENT THAT THE WEBSITES, CONTENT, OR SERVICES WILL PROVIDE SPECIFIC RESULTS OR BE COMPLETE, ACCURATE, RELIABLE, SUITABLE, ERROR-FREE, AVAILABLE, OR UNINTERRUPTED FOR ANY PURPOSE. YOU AGREE THAT LENDINGTREE IS NOT RESPONSIBLE FOR ANY ERRORS OR DELAYS IN THE COMPLETION OR TRANSMISSION OF A REQUEST FOR A FINANCIAL PRODUCT OR SERVICE, INCLUDING BUT NOT LIMITED TO SUCH ERRORS OR DELAYS CAUSED BY INCORRECT INFORMATION PROVIDED BY YOU OR TECHNICAL PROBLEMS BEYOND OUR REASONABLE CONTROL. LENDINGTREE EXPRESSLY DISCLAIMS ANY LIABILITY FOR ANY ERRORS OR OMISSIONS IN OUR CONTENT OR SERVICES, INCLUDING THE ACCURACY OR COMPLETENESS OF ANY SUCH CREDIT SCORES, CREDIT-RELATED INFORMATION, CREDIT OFFERS, OR OTHER INFORMATION, TOOLS, OR ANALYSES AVAILABLE THROUGH OUR WEBSITES. ADDITIONALLY, THE REFERENCE, INCLUSION, OR OFFERING OF ANY PRODUCTS OR SERVICES ON THE WEBSITES DOES NOT CONSTITUTE ANY ENDORSEMENT OR RECOMMENDATION OF SUCH PRODUCTS OR SERVICES BY LENDINGTREE. ANY RELIANCE YOU PLACE ON THE WEBSITES, CONTENT, OR SERVICES IS STRICTLY AT YOUR OWN DISCRETION AND RISK. UNDER NO CIRCUMSTANCES WILL LENDINGTREE BE LIABLE FOR ANY DAMAGES WHATSOEVER ARISING OUT OF YOUR RELIANCE ON OR USE OF (1) ANY ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM OR THROUGH US; OR (2) THE WEBSITES, CONTENT, SERVICES, OR OTHER ITEMS OR INFORMATION LOCATED ON OR ACCESSIBLE VIA THE WEBSITES. YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY, INCLUDING BUT NOT LIMITED TO, ANY COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH OUR SERVICES, OR THE LOSS OF DATA THAT MAY RESULT FROM THE USE OF OUR SERVICES OR THE USE OF ANY CONTENT AVAILABLE THROUGH OUR SERVICES.

SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION AND LIMITATION OF CERTAIN WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR JURISDICTION TO JURISDICTION. THE DISCLAIMERS AND EXCLUSIONS UNDER THIS AGREEMENT WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

*Indemnity*

You agree to defend (if requested by any LendingTree Party, as defined below), indemnify, and hold harmless LendingTree and its officers, directors, shareholders, predecessors, successors-in-interest, licensors, employees, agents, representatives, subsidiaries, and affiliates (“LendingTree Parties”), from and against any and all claims,

losses, liabilities, expenses (including attorneys' fees and costs), demands, and damages incurred by a LendingTree Party in connection with any claim by a third party arising out of or relating to: (1) your use of the Websites or Services; (2) your violation or alleged violation of the Agreement; (3) your violation or alleged violation of any applicable law; (4) your infringement or alleged infringement of any intellectual property or other right of any other person or entity; or (5) any dispute between you and a third party. You agree not to settle any such claim or matter without LendingTree's prior written consent. The LendingTree Parties reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by you, and you further agree that you will cooperate fully in the defense of any such claims.

***Limitation on Liability***

LENDINGTREE'S LIABILITY, IF ANY, SHALL BE LIMITED TO DIRECT AND FORESEEABLE DAMAGES, WHICH SHALL NOT EXCEED THE AMOUNT PROVIDED BELOW. UNDER NO CIRCUMSTANCES SHALL LENDINGTREE BE LIABLE TO YOU OR ANY THIRD PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES (SUCH AS, BUT NOT LIMITED TO, LOSS OF REVENUE, LOSS OF ANTICIPATED PROFITS, LOSS OF BUSINESS, LOSS OF OR DAMAGE TO DATA, LOSS OF USE, LOSS OF GOODWILL, BUSINESS INTERRUPTION, EMOTIONAL DISTRESS, OR ANY OTHER INTANGIBLE LOSSES) ARISING OUT OF OR RELATING IN ANY WAY TO OUR WEBSITES, CONTENT, OR SERVICES. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT OR AS REQUIRED BY APPLICABLE LAW, IN NO EVENT SHALL LENDINGTREE'S TOTAL LIABILITY EXCEED IN THE AGGREGATE ONE HUNDRED U.S. DOLLARS ($100.00). THESE LIMITATIONS AND EXCLUSIONS APPLY EVEN IF THIS REMEDY DOES NOT FULLY COMPENSATE YOU OR ANY THIRD PARTY FOR ANY LOSSES. THESE LIMITATIONS AND EXCLUSIONS APPLY TO ANY CLAIMS RELATED TO THIS AGREEMENT OR TO THE SERVICES TO THE MAXIMUM EXTENT PERMITTED BY LAW.

THE LIMITATIONS IN THIS SECTION DO NOT PURPORT TO LIMIT LIABILITY OR ALTER YOUR RIGHTS AS A CONSUMER THAT CANNOT BE EXCLUDED UNDER APPLICABLE LAW. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF OR THE LIMITATION OF CERTAIN LIABILITIES SUCH AS FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, LENDINGTREE'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR JURISDICTION TO JURISDICTION. THIS PROVISION SHALL HAVE NO EFFECT ON ANY CHOICE OF LAW PROVISIONS SET FORTH IN THIS AGREEMENT.

***Dispute Resolution (Including Arbitration Agreement; Class Action Waiver; Jury Trial Waiver)***

PLEASE READ THIS DISPUTE RESOLUTION SECTION CAREFULLY. IT CONTAINS AN ARBITRATION AGREEMENT. THIS SECTION MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. THIS SECTION ALSO CONTAINS PROCEDURES FOR FINAL BINDING INDIVIDUAL ARBITRATION AND A WAIVER OF ANY AND ALL RIGHTS TO FILE OR PARTICIPATE IN A CLASS, COLLECTIVE,

CONSOLIDATED, PRIVATE ATTORNEY GENERAL, OR REPRESENTATIVE ACTION SUBJECT TO THE LIMITED EXCLUSION BELOW.

THIS DISPUTE RESOLUTION SECTION ALSO ADDRESSES THAT YOU AND LENDINGTREE ARE GIVING UP THE RIGHT TO HAVE A JURY TRIAL TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY, AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

**Application to Providers**: As used in this Dispute Resolution section, "LendingTree" further includes any Providers that may contact you in connection with your use of the Websites, Widgets, or Services. For the avoidance of doubt, you acknowledge and agree that Providers are intended third-party beneficiaries of this Agreement, and, upon your acceptance of the Agreement, such Providers will have the right to enforce the terms of this Dispute Resolution section against you as intended third-party beneficiaries thereof.

**Arbitration Agreement**: If unable to work out a solution amicably, both you and LendingTree agree to resolve through final and binding individual arbitration, except as otherwise provided in this Dispute Resolution section, any dispute, claim, or controversy (each, a "Dispute") arising at any time (including before the effective date of this Agreement), in any way arising out of or relating to: (i) this Agreement and prior versions of this Agreement, including the formation, existence, breach, termination, enforcement, interpretation, validity, scope, or enforceability thereof; (ii) the Websites, Widgets, and Services, including access to the Websites, Widgets, and Services, use of the Websites, Widgets, and Services, receipt of any advertising or marketing communications, and/or any content contained on the Websites or Widgets; (iii) any other aspect of your relationship or transactions with LendingTree as a consumer, except that, as to Providers, this part (iii) is limited to your interactions as a consumer with Providers arising out of your use of the Websites, Widgets, and Services, including but not limited to any text message, telephone call, or other communication you receive from or on behalf of any Provider. You agree that any dispute regarding the enforceability, applicability, or interpretation of any provision of this Agreement, including the provisions regarding dispute resolution and arbitration, is a Dispute subject to the arbitration provisions herein and shall be resolved by an arbitrator. This Agreement and this Arbitration Agreement do not prevent you from bringing your Dispute to the attention of any federal, state, or local government agency.

Notwithstanding this mandatory Arbitration Agreement, you and LendingTree each retain the right: (a) to assert claims in small claims court, so long as the claims qualify for small claims and the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (b) to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement of a party's intellectual property rights. If a claim qualifies for small claims court but a party commences an arbitration proceeding, you and LendingTree agree that either party may elect instead to have the claim resolved in small claims court, and upon written notice of a party's election, the arbitration proceeding will be administratively closed. Any dispute about whether a claim qualifies for small claims court shall be resolved by that court, not by an arbitrator.

**Opt-out of Mandatory Arbitration**: You can reject and opt-out of this Arbitration Agreement within 30 days of first accepting this Agreement by emailing LendingTree at legal@lendingtree.com with your first and last name

and the email address associated with your account and stating your intent to opt-out of the Arbitration Agreement. Note that opting out of this Arbitration Agreement does not affect any other part of this Agreement, including the provisions regarding controlling law or in which courts any disputes must be brought.

**Overview of Dispute Resolution Process**: This Dispute Resolution section provides for a two-part process for dispute resolution: (1) an informal dispute resolution process directly with LendingTree (described in the Mandatory Informal Dispute Resolution section below); and, if necessary, (2) binding arbitration administered by JAMS. Notwithstanding these provisions, you and LendingTree each retain the right to seek resolution of Disputes in small claims court as an alternative to arbitration.

**Mandatory Informal Dispute Resolution**: You and LendingTree agree that good-faith informal efforts to resolve Disputes often can result in a prompt, low-cost and mutually beneficial outcome. Therefore, before initiating arbitration proceedings, you and LendingTree agree to first engage in a good faith effort to resolve informally any such Dispute.

The party initiating the Dispute must first send a written notice to the other party providing a detailed description of the Dispute, including at least the following information: (1) the initiating party's name and contact information (address, telephone number, and email address); (2) the email address associated with your account (if applicable); (3) sufficient information to enable you or LendingTree to identify any transaction at issue; (4) the nature and basis of the Dispute; and (5) the nature and basis of the relief sought (including a calculation of any damages). Your notice must be personally signed by you. LendingTree's notice must be personally signed by a LendingTree representative.

Your notice must be sent to 2626 Glenwood Ave., Ste. 550, Raleigh, NC 27608. LendingTree's notice must be sent to the physical address associated with your LendingTree account or your most recent use of LendingTree's services if you do not have an active LendingTree account.

The initiating party must allow the other party 60 days to respond and attempt to resolve the Dispute amicably before initiating an arbitration or other proceeding per the terms set forth below.

For a period of 60 days from the date of receipt of a completed notice from the other party, the parties will work together using reasonable efforts to try to resolve the Dispute. If requested by LendingTree in connection with a notice initiated by you, you agree to personally participate in an individualized, telephone dispute resolution conference (and if you are represented by counsel, your counsel may also participate) in a good faith effort to resolve informally the Dispute. If requested by you in connection with a notice initiated by LendingTree, LendingTree agrees to have a LendingTree representative personally participate in an individualized, telephone dispute resolution conference (and if LendingTree is represented by counsel, LendingTree's counsel may also participate) in a good faith effort to resolve informally the Dispute. If the Dispute is not resolved within this 60-day period (which can be extended by agreement of the parties), you or LendingTree may commence arbitration consistent with the process set forth below. **Compliance with this informal dispute resolution process is mandatory and a condition precedent to initiating arbitration, and the arbitrator shall dismiss any arbitration demand filed before completion of this informal dispute resolution process. Any applicable**

**limitations period (including statutes of limitations) and filing fee deadlines shall be tolled while the parties engage in this informal dispute resolution process.**

If the sufficiency of a notice or compliance with this informal dispute resolution process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and any arbitration shall be stayed pending resolution of the issue. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of a demand for arbitration or the assessment or payment of arbitration fees. You or LendingTree may also elect to raise non-compliance with this informal dispute resolution process and seek relief in arbitration.

**Initiating Arbitration**: In order to initiate arbitration following the conclusion of the informal dispute resolution process required by this Dispute Resolution section, a party must provide the other party with a written demand for arbitration and file the demand with JAMS. A party initiating an arbitration against LendingTree must send the written demand for arbitration to 2626 Glenwood Ave., Ste. 550, Raleigh, NC 27608. For LendingTree to initiate arbitration, LendingTree must send the written demand for arbitration to the physical address associated with your LendingTree account or your most recent use of LendingTree's services if you do not have an active LendingTree account.

The arbitration demand must be accompanied by a certification of completion of the informal dispute resolution process and a copy of the notice. If you are initiating arbitration, the arbitration demand and certification must be personally signed by you or your counsel (if you are represented by counsel). If LendingTree is initiating arbitration, the arbitration demand and certification must be personally signed by a LendingTree representative or LendingTree's counsel (if LendingTree is represented by counsel).

By signing or filing the arbitration demand, the party and the party's counsel initiating the arbitration certify that to the best of their information, knowledge, and belief, formed after a reasonable inquiry under the circumstances, that: (1) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator is expressly authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11 or any applicable state law on represented parties and their counsel for either party's violation of this requirement.

**Arbitration Rules and Governing Laws**: Notwithstanding any choice of law or other provision in this Agreement, the parties agree and acknowledge that this Arbitration Agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq., governs the interpretation and enforcement of this Arbitration Agreement.

The arbitration shall be administered by JAMS under its applicable rules, including the Streamlined Arbitration Rules & Procedures, Comprehensive Arbitration Rules & Procedures, and/or JAMS Mass Arbitration Procedures

and Guidelines, as applicable (the “JAMS Rules”), as modified by this Agreement. The JAMS Rules are available at jamsadr.com. The arbitration will be conducted by a single arbitrator, other than potential use of a Process Administrator, who may be appointed in accordance with the JAMS Rules. If JAMS is unavailable or unwilling to administer the arbitration consistent with the JAMS Rules as modified by this Agreement, the parties shall agree on an administrator that will do so. If the parties cannot agree on an administrator, they shall jointly petition a court of competent jurisdiction to appoint an administrator that will administer the arbitration consistent with its rules as modified by this Agreement.

**Arbitrator’s Decision**: The arbitrator shall issue a reasoned written award. Judgment on the arbitration award may be entered in any court of competent jurisdiction, except an award that has been satisfied may not be entered. The arbitrator’s decision shall be final and binding on all parties to the arbitration that are the subject of the decision. The arbitration award shall have no preclusive effect in any other arbitration or proceeding that does not involve you and LendingTree.

**Arbitration Fees:** The payment of any filing, administrative, or arbitrator fees will be governed by the applicable JAMS Rules and shall be up to the amount you would be required to pay if you filed the Dispute in court. If the arbitrator finds that you cannot afford to pay any such fees and you cannot obtain a waiver of fees from the arbitration administrator, LendingTree will pay such fees for you if the arbitrator deems the payment of such amount is necessary to prevent the arbitration from being cost-prohibitive. The parties shall be responsible for their own attorneys’ fees and costs in arbitration, unless they are authorized by law or the arbitrator determines that a claim was frivolous or brought for an improper purpose.

You and LendingTree agree that the parties have a shared interest in reducing the fees and costs, and increasing the efficiencies, associated with arbitration. Therefore, you or LendingTree may elect to engage with the arbitration administrator regarding fees, and you and LendingTree agree that the parties (and their counsel, if the parties are represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties.

**Additional Procedures for Mass Arbitration:** You and LendingTree agree that these Additional Procedures for Mass Arbitration (in addition to the other provisions of this Arbitration Agreement) shall also apply in the event of a “Mass Arbitration” (defined below). You and LendingTree agree that each party values the integrity and efficiency of arbitration and wishes to employ the process for the fair resolution of genuine and sincere Disputes between the parties. You and LendingTree acknowledge and agree to act in good faith to ensure the procedures set forth herein are followed.

If claimants (including you) assert or seek to assert 25 or more similar arbitration demands against LendingTree with the same counsel or counsel acting in coordination (“Mass Arbitration”), the JAMS Mass Arbitration Procedures and Guidelines and these provisions shall apply. For the avoidance of doubt, if any Mass Arbitration demands were originally processed as individual arbitration demands before the procedures described in this Additional Procedures for Mass Arbitration section were commenced, further proceedings, including the assessment of further arbitration fees to either party shall be governed by the procedures set forth in this Additional Procedures for Mass Arbitration section and the JAMS Mass Arbitration Procedures and Guidelines.

Decisions by the Process Administrator shall not be binding on claimants who filed an arbitration demand determined to be part of the Mass Arbitration subsequent to the Process Administrator's decision. In coordination with the Process Administrator, Mass Arbitration demands will be batched into batches of up to 100 demands, with each batch being assigned a single merits arbitrator, to be administered concurrently. Arbitration awards in one batch of arbitration demands shall have no precedential effect on subsequently administered batches.

You acknowledge and agree that, by choosing to participate in a Mass Arbitration, the resolution of your Dispute might be delayed. The parties agree that throughout this process, their counsel shall meet and confer in an effort to informally resolve the Dispute, streamline procedures, address the informal exchange of information, modify the number of Disputes to be adjudicated and to promote efficiency, conservation of resources, and the resolution of Disputes, including to engage with the arbitration administrator to address threshold administrative issues.

**If your Dispute is part of a Mass Arbitration, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to JAMS until your Dispute proceeds in arbitration or is settled, withdrawn, otherwise resolved, or opted out of arbitration.**

A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Mass Arbitration section of the Arbitration Agreement, including by enjoining the filing, prosecution, or administration of arbitrations, and the assessment or collection of arbitration fees.

The Additional Procedures for Mass Arbitrations section of the Arbitration Agreement and each of its requirements are essential parts of this Arbitration Agreement. If, after exhaustion of all appeals, a court of competent jurisdiction decides that this Additional Procedures for Mass Arbitrations section applies to your Dispute and is not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Agreement.

**Jury Trial Waiver**: TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU AND LENDINGTREE WAIVE THE RIGHT TO A JURY TRIAL.

**Class, Collective, and Representative Action Waiver**: THE PARTIES EXPRESSLY WAIVE THE RIGHT TO HAVE ANY DISPUTE, CLAIM, OR CONTROVERSY BROUGHT, HEARD, ADMINISTERED, RESOLVED, OR ARBITRATED AS A CLASS, COLLECTIVE, COORDINATED, CONSOLIDATED, AND/OR REPRESENTATIVE ACTION OR PROCEEDING, OR TO PARTICIPATE IN ANY SUCH ACTION OR PROCEEDING. AN ARBITRATOR SHALL NOT HAVE ANY AUTHORITY TO HEAR, ARBITRATE, OR ADMINISTER ANY CLASS, COLLECTIVE, COORDINATED, CONSOLIDATED, AND/OR REPRESENTATIVE ACTION. AN ARBITRATOR MAY ONLY AWARD RELIEF TO THE INDIVIDUAL SEEKING RELIEF IN ARBITRATION AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S CLAIM, AND ANY RELIEF AWARDED CANNOT AFFECT OTHER LENDINGTREE USERS. THE ARBITRATOR MAY NOT ISSUE A "PUBLIC INJUNCTION." THE ARBITRATOR DOES NOT HAVE THE POWER TO VARY THESE CLASS ACTION WAIVER PROVISIONS. NOTWITHSTANDING ANYTHING ELSE IN THIS AGREEMENT, THIS WAIVER DOES NOT PREVENT

YOU OR LENDINGTREE FROM PARTICIPATING IN A CLASS-WIDE, COLLECTIVE, AND/OR REPRESENTATIVE SETTLEMENT OF CLAIMS.

**Changes to Arbitration Agreement**: If LendingTree changes this Dispute Resolution section after the date you last accepted this Agreement (or accepted any subsequent changes to this Agreement), you may reject that change by sending us written notice via email to legal@lendingtree.com with your first and last name, address, and phone number and stating your intent to reject the change within 30 days of the date the change is effective. Rejecting any change, however, does not revoke or alter your prior consent or any earlier agreements to arbitrate any Dispute between you and LendingTree.

**Severance of Arbitration Agreement**: If any portion of this Arbitration Agreement is found to be void, unenforceable, or unlawful, in whole or in part, the void, unenforceable, or unlawful provision, in whole or in part, shall be severed. Severance of the void, unenforceable, or unlawful provision, in whole or in part, shall have no impact on the remaining provisions of the Arbitration Agreement, which shall remain in force, or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to the Arbitration Agreement. Notwithstanding the foregoing, if the Class, Collective, and Representative Action Waiver above in this Dispute Resolution section is found to be void, unenforceable, or unlawful, in whole or in part, with respect to a particular claim or request for relief (such as a request for public injunctive relief), and all appeals from that decision have been exhausted (or the decision is otherwise final), the parties agree that the particular claim or request for relief may proceed in a court of competent jurisdiction but shall be stayed pending arbitration of all remaining claims and requests for relief.

**Survival of Arbitration Agreement**: Except as otherwise provided in this Dispute Resolution section, this Arbitration Agreement will survive any termination of the Agreement or of your access to the Services. This Arbitration Agreement survives after your relationship with LendingTree ends.

***Governing Law***

Except as otherwise provided herein and to the extent permitted by applicable law, this Agreement is governed by the laws of the State of North Carolina without regard to any conflicts of laws provisions, except the Arbitration Agreement, which is governed by the laws outlined in the Dispute Resolution section of this Agreement. To the extent permitted by applicable law, you agree to exclusive personal jurisdiction by, and venue in, the state and federal courts located in Mecklenburg County, North Carolina, and you consent to the personal jurisdiction of those courts and waive any objection to such venue.

***Entire Agreement***

This Agreement (including all referenced or incorporated policies, agreements, terms, and other provisions) constitutes the entire agreement between you and LendingTree and supersedes all prior or contemporaneous oral or written agreements or other communications between you and us with respect to the subject matter hereof. In the event of a conflict between the language or terms of this Agreement and the language or terms of any policy, agreement, or terms incorporated by reference, the latter incorporated terms shall control.

*Enforceability and Severability*

If any provision of this Agreement is be found to be unlawful, void, or unenforceable, you agree that such provision shall be given effect to the greatest extent possible, including that it be modified to the greatest extent possible to render it enforceable with respect to the dispute at issue and to reflect the intent of the Agreement to the greatest extent possible, and all remaining provisions and the Agreement as a whole shall remain in full force and effect.

*Waiver Only in Writing*

LendingTree's failure to enforce any right or act with respect to any breach or alleged breach by you or others of the Agreement does not constitute a waiver of any right and will not limit LendingTree's rights with respect to that breach or any subsequent breaches. No waiver by LendingTree of any of the provisions in the Agreement will be of any force or effect unless made in writing and signed by a duly authorized officer of LendingTree.

*Opt-out Instructions*

You may opt out of receiving calls, texts, and/or emails from LendingTree by: (1) emailing LendingTreeCustomerCare@lendingtree.com and stating that you no longer wish to be contacted by LendingTree by phone and/or email; (2) completing a request to "Opt out of phone calls" on our Contact Us page at https://www.lendingtree.com/about/contact-us/; (3) calling 1-800-505-7916 and stating that you no longer wish to be contacted by LendingTree by phone and/or email; or (4) responding to any SMS, mobile, or text message you receive from LendingTree and stating you no longer wish to be contacted by LendingTree. If you would like a Provider, including any matched lender or insurance provider, to no longer contact you, please contact the Provider directly and notify the Provider that you no longer want to receive communications (calls and/or emails) from them. You agree that LendingTree is not responsible for a Provider's failure to follow your or our instructions to cease communications with you. Note that if you complete a subsequent request for or inquiry about a financial product or service on the Websites, you may resume receipt of marketing calls or texts and will need to make a new opt-out request. You may update your preferred method of contact by calling 1-800-505-7916.

You may opt out of receiving marketing emails from LendingTree by: (1) utilizing the "Unsubscribe" link at the bottom of emails; (2) emailing a request to be unsubscribed to LendingTreeCustomerCare@lendingtree.com; or (3) managing your email preferences at https://subscriptions.lendingtree.com/.

*Terms Applicable to All Services*

On the Websites, we provide educational and informational content and operate online marketplaces that enable consumers to comparison shop for various financial products and services offered by our network of Providers. We provide content and tools on our Websites that may allow you to develop or improve your financial education. We provide these materials for informational, educational, and entertainment purposes only. At no time are we providing or should you interpret us as providing legal, financial, insurance, investment, tax or estate planning, or medical advice. LendingTree is licensed as set forth in our Licenses and Disclosures, which is incorporated into this Agreement by reference.

**LendingTree is not a lender or a creditor**. LendingTree does not take credit applications; originate, service, or make loans or credit decisions; or issue commitments or lock-in agreements. LendingTree's services are only administrative. Our Services allow you to comparison-shop for various financial products and services, including mortgage loans, personal loans, credit cards, and insurance products. Completing or submitting a Qualification Form is a request to be matched with Providers of one or more particular financial products or services. When you submit a Qualification Form, LendingTree will attempt to match you with Providers offering products or services for which you may qualify or that may be of interest to you. You also agree that we may try to identify matches for similar or alternative products or services based on your request and information provided in your Qualification Form and that we may share your information with Providers of such similar or alternative products or services. For example, if you submit a request for a personal loan, in certain circumstances we may also try to identify matches for a home equity loan or line or credit or debt relief services if the information provided in your Qualification Form and resulting matches, or lack thereof, indicate such alternative products or services may be of interest to you.

Any Qualification Form or loan inquiry you submit is not an application for credit. Rather, it is an inquiry or request to be matched with Providers that may be able to present conditional loan or credit offers to you, which offers are subject to change at any time, including at the point of application with the Provider, after verification of information you provided, as well as other conditions as solely determined by any Provider with whom you proceed. You are under no obligation to proceed with any Provider or conditional offer.

Submitting a Qualification Form does not guarantee that you will receive any conditional loan or credit offers or loan approvals. Any conditional offer is based on information you provide when completing a Qualification Form and information in your credit file at that time. Submitting a Qualification Form may involve a soft credit inquiry that will not affect your credit score.

Providers, and not LendingTree, establish and maintain approval standards and determine the criteria necessary to receive both conditional offers and credit approvals. You should review each Provider's terms and conditions to determine which offer works for you and your personal financial situation. We do not guarantee acceptance into any particular program or any specific terms or conditions with any Provider. We do not guarantee that you will be approved for credit, financing, or insurance or that upon approval you will qualify for advertised rates, fees, or other terms. We do not guarantee that rates or terms advertised or offered by Providers include the lowest or most favorable rates or terms available in the market. All rates, fees, and other terms are presented without guarantee and are subject to change at any time based on each Provider's discretion.

By submitting a Qualification Form for a home loan (whether purchase, refinance, or home equity), you authorize LendingTree to provide your information to real estate companies, brokers, and agents in its network ("Real Estate Companies"), in addition to Providers who offer home loan products and services. You understand that Real Estate Companies may contact you, whether by call, text, or email, to determine whether their services may be of interest to you.

LendingTree is paid a marketing lead generation fee by Providers for the goods, facilities, and services provided. Conditional offers that appear on the Websites are from companies from whom LendingTree receives

compensation. In some cases, where disclosed, this compensation may impact how and where offers appear (such as the order or which offers or products are featured). Your use of the Websites or Services constitutes your awareness and acknowledgement of this compensation arrangement and the potential impact it may have on presentation of offers or other products or services. We do not include all products, services, offers, issuers, or credit or service providers available in the marketplace.

You may have to complete an application with a Provider before the Provider will extend an unconditional offer to you. Proceeding with an application with a Provider may involve a hard credit pull. A Provider you select may require you to pay an application or other fee to cover the costs of an appraisal, credit report, or other items. You may be responsible for paying any and all closing costs associated with a loan (such as settlement services, loan processing, underwriting, or funding fees) as solely determined by the Provider, and not LendingTree. The Provider, and not LendingTree, will likewise determine the amount of any fees or costs and should provide information to you regarding the refundability of any fee or cost.

Services offered by Providers may only be made to residents of states where Providers are authorized to conduct business. A Provider's participation in and offering of its products or services on the Websites does not necessarily constitute an offer by a Provider or LendingTree to provide services outside of their respective authorized jurisdictions. To the extent you seek or receive information from a Provider or LendingTree regarding any prospective product or service that would be outside the Providers' or LendingTree's authorized jurisdiction(s), that information is for informational purposes only. Providers and LendingTree shall have the right to discontinue, suspend, or terminate the offering of any product or service in any specific state through the Websites at any time, without prior notice.

Except as otherwise provided for your state, LendingTree is not an agent of you or any Provider. You should rely on your own judgment in deciding which available loan or financial product or service, terms, and Provider best suits your personal financial situation. The Provider is solely responsible for its services to you, and you agree that LendingTree shall not be liable for any damages or costs of any type arising out of, or in any way connected with, your use of such Provider's services. You understand that Providers may retain information you provided with your request for a loan or other financial product or service and any other information provided by LendingTree or received by Providers in the processing of your inquiry or request, whether or not you are qualified for or close a loan or purchase or enroll in a financial product or service with them. In addition, LendingTree may receive personally identifiable information regarding the disposition of your application, loan, or account from the Provider in order to fulfill its regulatory requirements as well as for internal business purposes.

By beginning or completing a Qualification Form or otherwise entering or saving personal information with LendingTree, you represent that all information you provide or enter is true, accurate, current, and complete. You further acknowledge that you alone will use your account to access the Services. You agree to not sell, transform, or assign your account to anyone else. You agree to keep your login information confidential, to employ reasonable and appropriate safeguards to prevent unauthorized access to your account, and to not share your account credentials with any third party. You must be 18 years or older to create an account. You acknowledge that you are responsible for all activities that occur under your account. If you believe that your account is no longer secure, you agree to notify us immediately.

To help the government fight identity theft, the funding of terrorism, and money laundering activities, and to attempt to verify your identity, LendingTree and its Providers may obtain, verify, and record information that identifies each person who uses our Websites or Services and/or opens an account with us and Providers. LendingTree and its Providers may ask for your name, Social Security number, address, telephone number, date of birth, and/or other important information including, but not limited to, information received from your credit file, that may allow us and Providers to properly identify you.

***Terms Applicable to The LendingTree App and Your LendingTree Account***

By downloading the LendingTree App or creating a LendingTree Account ("Account") (whether separately or in conjunction with submitting a Qualification Form or using another Service), as explained in the terms and conditions of creating an Account, you understand and agree that LendingTree may obtain your consumer report, credit report, credit profile, and other credit-related information from one or more credit reporting agencies. You understand and agree that we may use and analyze your information, including credit-related information obtained from a credit reporting agency, to do the following: (1) present you with an overview of your credit profile, including credit score and detailed information where available; (2) for marketing purposes and to provide you with general information, as well as information and recommendations on financial products and services that may be of interest to you; (3) identify affiliate and non-affiliate Providers that may be able to provide services or information to you; and (4) conduct internal analytics, research, and development to improve our Services and customer experience. If you would like to deactivate or disable your Account, including any free credit score services, you may visit your Account profile or email a request to LendingTreeCustomerCare@lendingtree.com.

***Terms Applicable to Loan Explorer and Rate Table Products***

LendingTree's Loan Explorer and Rate Tables allow you to view sample rates for various loan products, such as home purchase and personal loans, and contact Providers directly to inquire about their products and services without submitting a Qualification Form. You may see sample rates from multiple Providers, and there is no restriction on how many Providers you may contact.

Sample rates advertised on our Loan Explorer and Rate Tables are calculated using conditional loan offers Providers have made to consumers nationwide. Sample rates may not be available to all consumers, in all states, or in all loan amounts. Sample rates may be calculated based on criteria such as a certain loan amount, loan term, or self-identified credit score (e.g., credit score of 700 or greater). Sample rates do not constitute a guarantee, agreement, or commitment that you will be loaned funds or extended credit by any Provider. Rates and terms are subject to change at any time without notice based solely on Provider discretion. Our Loan Explorer and Rate Tables do include all products, services, offers, issuers, or credit or service providers available in the marketplace.

***Terms Applicable to Mortgage Loan Request Services***

LendingTree is a marketing lead generator and duly licensed mortgage broker in all fifty states and the District of Columbia as required by law, NMLS ID #1136. For a current list of applicable state licenses and disclosures, click Licenses and Disclosures or call for details. LendingTree does not take mortgage or loan applications as defined

under applicable state laws, the Equal Credit Opportunity Act, the Truth In Lending Act, the Real Estate Settlement Procedures Act, or other applicable federal law.

The Websites and Services related to LendingTree’s mortgage loan request services are available in connection with loans secured by real property located in the fifty states and the District of Columbia, unless otherwise specified. Providers may not offer all products in all jurisdictions.

Note that some mortgage request services may request your Social Security number as part of the Qualification Form because certain Providers require that information to extend a conditional loan offer.

If you apply for or close a loan with a Provider, the Provider may require you to pay an application or other fee to cover the costs of an appraisal, credit report, or other items. The Provider may also require you to pay any and all closing costs associated with a loan (such as settlement services, loan processing, underwriting, funding fees, appraisals, title insurance premiums, and attorney or notary fees) as solely determined by the Provider and/or settlement service provider(s) you select, and not LendingTree. The Provider, and not LendingTree, will likewise determine the amount of any fees or costs and should provide information to you regarding the refundability of any fee or cost.

There is no guarantee that you will be matched with any specific Provider(s) making any specific offer(s). In certain circumstances, including based on the information provided in your Qualification Form and resulting matches, or lack thereof, we may continue to attempt to match you with a Provider for up to twenty-four hours after you submit your request, and we may contact you by telephone at the number you provided to attempt to match you with a Provider. If we are able to match you with a Provider that was not originally identified on your offers page on the Website, you agree that we may call or contact you to identify such Provider(s), and you may elect to be connected with such Provider(s) to learn more about products and services offered. LendingTree cannot and will not select a Provider or offer for you.

***Terms Applicable to Automobile Loan Request Services***

Some Automobile Finance Providers may conduct a hard credit pull in order to extend an offer of credit. If you submit a Qualification Form to request an automobile loan and qualify for the Dealer Referral Program, we may provide your information to one or more Providers or third-party marketing companies that participate in that program. The Dealer Referral Program allows you to get financing quotes from a dealership in your area. Program participants are subject to change at any time and are not guaranteed.

***Terms Applicable to Commercial Loan Request Services***

LendingTree’s commercial loan Websites and Services, including those Services available through SnapCap.com or the SnapCap brand, are designed for businesses and are not intended for individuals’ personal, family, or household use.

***Terms Applicable to Insurance Request Services***

LendingTree’s insurance-related request services may be offered through LendingTree’s subsidiary QuoteWizard.com, LLC (“QuoteWizard”), and/or its subsidiaries, including QW Insurance Solutions, LLC (“QWIS”). We do not endorse or recommend any particular insurance provider or policy or provide any evaluation of insurance providers or their policies, and the information we provide is not intended to take the place of professional advice from a licensed insurance agent. We recommend that all consumers consult with a licensed insurance agent, broker, or other qualified professional before purchasing any insurance policy.

We do not sell insurance or bind coverage on our Websites. Instead, we provide a service to help Providers offer and sell insurance and other authorized products to you and other potential consumers who have visited a Website and submitted a request to receive insurance quotes or other insurance-related information from a Provider.

We make no representation or warranty as to (1) the quality, safety, suitability, or legality of insurance-related products or services offered by any Provider; (2) the truth, accuracy, or completeness of Providers’ representations regarding such products; (3) the ability of specific Providers to offer or sell certain insurance-related products or services; or (4) your or potential consumers’ ability to pay for insurance-related products or services offered by Providers. We do not guarantee that any Provider to whom we may transmit your Qualification Form or other insurance-related request will contact you or agree to provide you with desired coverage.

If you use the Websites to submit a request for Medicare-related plans or information, a representative may contact you in order to confirm eligibility and connect you with an appropriate, individually licensed insurance agent from QuoteWizard, QWIS, and/or a Provider. QuoteWizard’s and QWIS’s licensed agents may present you with rates and policies for Medicare-related plans via their partners and under the respective licenses for such entities. You may not be eligible for all products and services, and the issuing insurance company is solely responsible for determining eligibility in accordance with its underwriting guidelines and as permitted by applicable law. Policies and coverages may not be available in all states.

Back to top of page

## Helpful Links


- Overview
- Privacy Policy
- Advertising Disclosures
- Security Policy
- Terms of Use
- Licenses & Disclosures
- Reviews & UGC Terms of Use
- Consent for Electronic Disclosures and Communication
- Widgets Terms of Use
- Do Not Call
- Loan Officer Directory Terms of Use
- RateBeat Guarantee Terms & Conditions
- Accessibility Statement
- Contact Us

About Us

About LendingTree

Careers

Contact Us

Investors

Partner with Us

Press Room

Legal Information

Overview

Privacy Policy

Your Privacy Choices

State Law Privacy Notice

Security

Advertising Disclosures

Terms of Use

Licenses & Disclosures

Unsubscribe

Vulnerability Disclosure Program

Accessibility Statement

Other Sites

CompareCards

DepositAccounts

MagnifyMoney

QuoteWizard

SnapCap

ValuePenguin

Follow Us

Download Our App

Download on the App Store

GET IT ON Google Play

LendingTree, LLC is a Marketing Lead Generator and is a Duly Licensed Mortgage Broker, as required by law, with its main office located at 1415 Vantage Park Drive, Suite 700, Charlotte, NC 28203 (TDD/TTY). NMLS Unique Identifier #1136. LendingTree, LLC is known as LT Technologies in lieu of true name LendingTree, LLC in NY. LendingTree technology and processes are patented under U.S. Patent Nos. 6,385,594 and 6,611,816 and licensed under U.S. Patent Nos. 5,995,947 and 5,758,328.

© 2026 LendingTree, LLC. All Rights Reserved. This site is directed at, and made available to, persons in the continental U.S., Alaska and Hawaii only.

Online Security: Protect Against Fraud