**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

MAI TODOROV, individually and
on behalf of all others similarly situated,

**Case No. 3:26-cv-00580**

*Plaintiff*,

vs.

LENDINGTREE, LLC D/B/A QUOTE WIZARD.,

*Defendant*.
_____________________________________________/

# NOTICE OF SETTLEMENT

Plaintiff, Mai Todorov, by and through undersigned counsel, hereby gives notice that the parties have reached a confidential settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Dated: September 28, 2026


**SHAMIS &GENTILE, P.A.**
*/s/ Christopher Berman*
Christopher Berman, Esq. (*Pro Hac Vice*)
cberman@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: (305) 479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Christopher Bermsn*
Christopher Berman, Esq. (*Pro Hac Vice*)